**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YAFFA LEV | ) |
| | ) |
| BATSHEVA SHUMACHER | ) |
| | ) |
| MICHAEL SHUMACHER | ) |
| | ) |
| TOM ERAN FRIED | ) |
| | ) |
| SHIRLEY FRIED-BUCHBUT | ) |
| | ) |
| ESTATE OF EDITH ANNEMARIE FRIED | ) |
| | ) |
| ESTATE OF ANDRE STEPHAN FRIED | ) |
| | ) |
| ESTATE OF ANNA YAKOBOVITZ | ) |
| | ) |
| PETER FRIED | |
| | |
| ESTATE OF ELIZABETH BEIN | ) |
| | ) |
| YOAV ADATO | ) |
| | ) |
| RACHEL ZIPORA HADAD | ) |
| | ) |
| YOSSEF HADAD | ) |
| | ) |
| TOVA HADAD | ) |
| | ) |
| LISA MYARA | ) |
| | ) |
| YEVGENEY MOKHOV | ) |
| | ) |
| SHIRAZ SARUSI | ) |
| | ) |
| BENNY SARUSI | ) |
| | ) |
| TIVKA SARUSI | ) |
| | ) |
| YAKOV FELDMAN | ) |
| | ) |
| NECHAMA FELDMAN | ) |
| | ) |

**COMPLAINT**

**CV 08 3251**

CIVIL ACTION NUMBER:

GERSHON, J

POHORELSKY, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 11 2008 ★

BROOKLYN OFFICE

HODAYA FELDMAN                              )
                                           )
YOSEF ELKANA FELDMAN                       )
                                           )
MICHAL BRACHA FELDMAN                      )
                                           )
ELNATAN GROSSMAN                           )
                                           )
AHUVA GROSSMAN                             )
                                           )
TAMAR GROSSMAN                             )
                                           )
RIVKA GROSSMAN                             )
                                           )
BINYAMIN GROSSMAN                          )
                                           )
ESTATE OF BINYAMIN HERLING                 )
                                           )
BRACHA HERLING                             )
                                           )
YEHOSHUA HERLING                           )
                                           )
EFRAIM DAVID HERLING                       )
                                           )
SARAH CHEN                                 )
                                           )
ELAZAR HERLING                             )
                                           )
CHAIM MENACHEM HERLING                     )
                                           )
PNINA AVRAHAMOV                            )
                                           )
RACHEL SOREK                               )
                                           )
TOVA BURSTEIN                              )
                                           )
BARAK KALAF                                )
                                           )
SHLOMIT KALAF                              )
                                           )
NACHSHON KORALEK                           )
                                           )
CHANA LURIA                                )
                                           )
MIRIAM LURIA                               )
                                           )

2

TECHIA RACHEL LURIA                    )
                                       )
EYAL YA'AKOV LURIA                     )
                                       )
NECHEMIA PERELMAN                      )
                                       )
TOVA APELKER                           )
                                       )
LIORA ALPER                            )
                                       )
DAVID AVRAHAM ALPER                    )
                                       )
ARIEL YEHUDA ALPER                     )
                                       )
SHALOM ISRAEL ALPER                    )
                                       )
ZECHUT ALPER                           )
                                       )
MATANIA DAIFANI                        )
                                       )
URIAH DAIFANI                          )
                                       )
YEHUDA DAIFANI                         )
                                       )
RACHEL DAIFANI                         )
                                       )
SHIMON DAIFANI                         )
                                       )
YOSEF DAIFANI                          )
                                       )
HALLEL DAIFANI                         )
                                       )
AVIHU ZECHARIAH YEFET                  )
                                       )
ZOHAR YEFET                            )
                                       )
NADZIDA AVSHLOMOV                      )
                                       )
VICTORIA AVSHLOMOV                     )
                                       )
ALBERT AVSHLOMOV                       )
                                       )
GADI AZANU                             )
                                       )
HABASTA AZANU                          )
                                       )

SIMCHA AZANU                                )
                                            )
AVITAL AZANU                                )
                                            )
EDEN AZANU                                  )
                                            )
AMIR AZANU                                  )
                                            )
MAOR DAHAN                                  )
                                            )
YELENA DAHAN                                )
                                            )
VLADISLAV IGILOV                            )
                                            )
ANAT AZULAY                                 )
                                            )
ORTAL AZULAY                                )
                                            )
SHANI SEFEL                                 )
                                            )
ANGELA SHEMESH                              )
                                            )
YOCHAI WECHTER                              )
                                            )
ESTER BEN-AMI                               )
                                            )
GIDEON YECHZKELY                            )
                                            )
TALI NAHARI                                 )
                                            )
YIGAL RAICHMAN                              )
                                            )
NAVA RAICHMAN                               )
                                            )
SHOVAL RAICHMAN                             )
                                            )
SHELI RAICHMAN                              )
                                            )
DOR RAICHMAN                                )
                                            )
YOSEF BARUCH                                )
                                            )
VARDA GUETTA                                )
                                            )
FLORA DAYAN                                 )
                                            )

NOA SMILOVICH                              )
                                          )
ILANA SMILOVICH                           )
                                          )
TUVIA SMILOVICH                           )
                                          )
SHOSHANA GOTTLIEB                         )
                                          )
MALKA ZRIFIN                              )
                                          )
YEHUDA DORON                              )
`                                         )
SHIRI DORON                               )
                                          )
SHMUEL FUCHS                              )
                                          )
SHACHAR FUCHS                             )
                                          )
OR FUCHS                                  )
                                          )
MICHAL ROZENBERG ZAYAT                    )
                                          )
HILA ZAYAT                                )
                                          )
SHIRAN ZAYAT                              )
                                          )
NOAM ZAYAT                                )
                                          )
NOGA ZAYAT                                )
                                          )
ZEEV ZAYAT                                )
                                          )
REFAEL SOMMER                             )
                                          )
RACHEL SOMMER                             )
                                          )
ISRAEL SOMMER                             )
                                          )
HANNANEL TOUITO                           )
                                          )
ESTHER TOUITO                             )
                                          )
HARON TOUITO                              )
                                          )
MORIAH YERED                              )
                                          )

SARAH AGRANIONIC                              )
                                              )
ESTATE OF VLADISLAV SOROKIN                   )
                                              )
OLESYA SOROKIN                                )
                                              )
ALEXANDER SOROKIN                             )
                                              )
AMIT EILUZ                                    )
                                              )
DOR EILUZ                                     )
                                              )
SHAY AMAR                                     )
                                              )
TZACHI AMAR                                   )
                                              )
SHIR AMAR                                     )
                                              )
NEGBA AMAR                                    )
                                              )
BINYAMIN AMAR                                 )
                                              )
SHULAMIT BAR-KOCHBA                           )
                                              )
HANA ROSENFELD                                )
                                              )
YITZHAK ALAZRAKI                              )
                                              )
YANA BLUM                                     )
                                              )
MAXIM MALCHENKO                               )
                                              )
NADIA NEMIROVSKY                              )
                                              )
IRIT NEMIROVSKY                               )
                                              )
GABI TALKER                                   )
                                              )
ELIRAN TALKER                                 )
                                              )
NATALIE TALKER                                )
                                              )
MARINA ZIPUNOV                                )
                                              )
SIMA ZISSERMAN                                )
                                              )

OHAD ZISSERMAN                                  )
                                                )
LIOR ZISSERMAN                                  )
                                                )
ODED ZISSERMAN                                  )
                                                )
EFRAT ZISSERMAN                                 )
                                                )
DAVID HAY STROCK                                )
                                                )
ORIT STROCK                                     )
                                                )
AVRAHAM STROCK                                  )
                                                )
MORDECHAI STROCK                                )
                                                )
NERIA YAAKOV COHEN                              )
                                                )
ORIAH COHEN                                     )
                                                )
ESTATE OF HANIT ARAMI                           )
                                                )
KARMELA ARAMI                                   )
                                                )
SIMA ARAMI                                      )
                                                )
SHANI ARAMI                                     )
                                                )
SHLOMO ARAMI                                    )
                                                )
LINOY ARAMI                                     )
                                                )
SHIMON CHAZAN                                   )
                                                )
OZ MOSHE CHAZAN                                 )
                                                )
AVIEL SHALOM CHAZAN                             )
                                                )
MICHAL OZERI CHAZAN                             )
                                                )
VARDIT EDELSTEIN                                )
                                                )
YAKOV MASANGISAR                                )
                                                )
HADAS SHAHAR                                    )
                                                )

7

TZVIA LEVKOVICH                          )
                                         )
REUT DAYAN                               )
                                         )
RUTH MOR                                 )
                                         )
EVELYN LIXEMBERG                         )
                                         )
PERCY LIXEMBERG                          )
                                         )
REFAEL LIXEMBERG                         )
                                         )
SHELLI LIXEMBERG VAKNIN                  )
                                         )
GILA LIXEMBERG                           )
                                         )
ESTATE OF AMOS TAJOURI                   )
                                         )
YEHUDIT TAJOURI                          )
                                         )
JOSEPH TAJOURI                           )
                                         )
BARUCH TAJOURI                           )
                                         )
GALIT TAJOURI MOSHE                      )
                                         )
SHLOMO SHUAY                             )
                                         )
EZRA SHUAY                               )
                                         )
ESTHER WEISS                             )
                                         )
CHAYA DVORA WEISS                        )
                                         )
YEHUDA ZVI WEISS                         )
                                         )
YECHEZKIEL SHRAGA WEISS                  )
                                         )
MIRIAM RIVKA WEISS                       )
                                         )
GITTEL WEISS                             )
                                         )
ESTATE OF MEIR WEISSHAUS                 )
                                         )
ESTHER WEISSHAUS                         )
                                         )

BLUMA WEISSHAUS                                            )
                                                          )
YAAKOV CHACHMON                                           )
                                                          )
BAT EL CHACHMON                                           )
                                                          )
ROI AVRAHAM CHACHMON                                      )
                                                          )
TAIR CHACHMON                                             )
                                                          )
SHIR YAMIN                                                )
                                                          )
LEE YAMIN                                                 )
                                                          )
IRIN IYAR YAMIN                                           )
                                                          )
ESTATE OF HANANYA BEN AVRAHAM                             )
                                                          )
ROIE BEN ABRAHAM                                          )
                                                          )
HADAS ESTHER BEN ABRAHAM                                  )
                                                          )
ITAICHAI BEN ABRAHAM                                      )
                                                          )
NOAM YINON BEN ABRAHAM                                    )
                                                          )
GAMAR MATUF                                               )
                                                          )
NECHAMA DAR                                               )
                                                          )
DROR MATUF                                                )
                                                          )
MICHAEL MATUF                                             )
                                                          )
RACHIMA DAKA                                              )
                                                          )
KETZIA HILLEL                                             )
                                                          )
YITZHAK MATUF                                             )
                                                          )
ZION AVIRAM                                               )
                                                          )
MICHAL BEN SHLOMO                                         )
                                                          )
AVIGAIL SAIEED AND ELIMELECH SHMUEL,                      )
AS LEGAL GUARDIANS FOR                                    )

NETANEL YAIR BEN ABRAHAM                              )
NURIEL YOSEF BEN ABRAHAM                              )
                                                     )
EINAT LEVY                                           )
                                                     )
SHAY LEVY                                            )
                                                     )
SHLOMIT DAVID                                        )
                                                     )
HAYA MARCO                                           )
                                                     )
MOSHE MARCO                                          )
                                                     )
ODELIA ABECASSIS                                     )
                                                     )
TZURIA AMOSI                                         )
                                                     )
RACHEL AMOSI                                         )
                                                     )
YAAKOV AMOSI                                         )
                                                     )
OSHRA AVITZUR                                        )
                                                     )
JUDITH AVITZUR                                       )
                                                     )
CHAIM AVITZUR                                        )
                                                     )
TZVI YEHUDA GOLDENBERG                               )
                                                     )
DAVID MALCOLM MORDECHAI GOLDENBERG                   )
                                                     )
AVITAL GOLDENBERG                                    )
                                                     )
MIRIAM ITZHAKI                                       )
                                                     )
MOSHE ITZHAKI                                        )
                                                     )
SIMCHA ITZHAKI                                       )
                                                     )
NAOMI KALFA                                          )
                                                     )
HEZKI KALFA                                          )
                                                     )
RICKY KLEINMAN                                       )
                                                     )

JOSEPH KLEINMAN                                  )
                                                 )
PNINA KLEINMAN                                   )
                                                 )
TAMAR LEVINSON                                   )
                                                 )
BRENDA LEVINSON                                  )
                                                 )
STEPHEN LEVINSON                                 )
                                                 )
SHIMON LIRAZ                                     )
                                                 )
GERSHON MENDELSON                                )
                                                 )
SHOSHANA MENDELSON                               )
                                                 )
RIVKA OCHION                                     )
                                                 )
TAMAR OZIEL                                      )
                                                 )
MORIA RABI                                       )
                                                 )
IRIS RABI                                        )
                                                 )
MOSHE RABI                                       )
                                                 )
GIDEON REGEV                                     )
                                                 )
GEULA BEN ITZHAKI                                )
                                                 )
SHOSHANA SIMON                                   )
                                                 )
TALIA BEN LULU                                   )
                                                 )
SHIRA COHEN                                      )
                                                 )
NOA COHEN                                        )
                                                 )
AVISHAG COHEN                                    )
                                                 )
SARIT DANINO                                     )
                                                 )
ESTATE OF YOSSI EL EZRA                          )
                                                 )
MORDECHAI EL EZRA                                )
                                                 )

YAEL EL EZRA                                      )
                                                 )
SHIRLEY EL EZRA                                  )
                                                 )
OMER EL EZRA                                     )
                                                 )
ORTAL GANON                                      )
                                                 )
ROBERT GANON                                     )
                                                 )
SHARON GILI HEFETZ                               )
                                                 )
ESTATE OF GOLAN TURGEMAN                         )
                                                 )
EDNA TURGEMAN                                    )
                                                 )
ORLY TURGEMAN GOLDSCHMIDT                        )
                                                 )
AMIRA TURGEMAN                                   )
                                                 )
MOSHE TURGEMAN                                   )
                                                 )
ESTHER IFAT SULTAN                               )
                                                 )
AVI TURGEMAN                                     )
                                                 )
ORA AMAR                                         )
                                                 )
AVISHAY YESAIA                                   )
                                                 )
MOSHE YESAIA                                     )
                                                 )
MOSHE HAGIEL                                     )
                                                 )
EFRAT HAGIEL                                     )
                                                 )
ELIYAHU NACHMAN KLEIN                            )
                                                 )
YARDENA KLEIN                                    )
                                                 )
ESTATE OF AVRAHAM NACHMAN NITZANI                )
                                                 )
ODED NITZANI                                     )
                                                 )
ZILA NITZANI                                     )
                                                 )

ELYAKIM NATAN NITZANI )
)
DINA GRANOTH )
)
SARAH LANTZER )
)
NAFTALI NITZANI )
)
DAVID NITZANI )
)
JACOB MOSHE NITZANI )
)
SHALOM ZION NITZANI )
)
YOEL NITZANI )
)
ELISHA NITZANI )
)
CHANA SIERADZKI )
)
ZEEV SIERADZKI )
)
YEHUDIT SIERADZKI )
)
URIEL ZADOK )
)
DVORA ZARFATI )
)
RACHEL EINY )
)
ESTATE OF DINA BINAYEV )
)
ENTELE BINAYEV )
)
MADELEINA GAVRIELOV )
)
MINA BINAYEV )
)
SARAH YOCHANANOV )
)
NINA NASIMOV )
)
JACOB BINAYEV )
)
AVRAHAM BINAYEV )
)

INA GAVRILOV                                    )
                                                )
TANYA GAVRILOV                                  )
                                                )
ORNA GAVRILOV                                   )
                                                )
ALON GAVRILOV                                   )
                                                )
ODEL DRUK                                       )
                                                )
NACHMAN DRUK                                    )
                                                )
SARAH DRUK                                      )
                                                )
MIRIAM DRUK                                     )
                                                )
NATAN DRUK                                      )
                                                )
KAYLA DRUK                                      )
                                                )
YOSEF HAIM FALEK                                )
                                                )
LINA GUETTA                                     )
                                                )
ESTATE OF ATALA LIPOVSKY                        )
                                                )
VICTOR LIPOVSKY                                 )
                                                )
MICHAEL LIPOVSKY                                )
                                                )
RONIT TRATTNER                                  )
                                                )
HADAS ALIZA AHARON                              )
                                                )
ELISHEVA AHARON                                 )
                                                )
HODAYA AHARON                                   )
                                                )
SHIRA AHARON                                    )
                                                )
TEHILA AHARON                                   )
                                                )
NOAM AHARON                                     )
                                                )
YECHIEL BORNSTEIN                               )
                                                )

NECHAMA BORNSTEIN )
)
YARDEN BORNSTEIN )
)
NACHMAN MORDECHAI BORNSTEIN )
)
NATAN BORNSTEIN )
)
NAFTALI BORNSTEIN )
)
NISSIM COHEN )
)
SHULAMIT COHEN )
)
LEAH COHEN )
)
ESTHER COHEN )
)
RUTH COHEN )
)
SIMCHA TZORFATI )
)
ZION DAHAN )
)
SHIRA ELIYAHU )
)
DORIAN GOITA )
)
ELINOR GOITA )
)
BAT-EL HAGBY )
)
NOY ILAN )
)
YEHUDA MARKOWITZ )
)
ESTATE OF SHLOMO NEHAMED )
)
ESTATE OF GAFNIT NEHAMED )
)
ESTATE OF ELIYAHU NEHAMED )
)
ESTATE OF SHIRAZ NEHAMED )
)
ESTATE OF LIRAN NEHAMED )
)

NAVA KLEIN                          )
                                   )
HEMDA LEVI                          )
                                   )
YAAKOV ZELEKATA                     )
                                   )
HANA ZELEKATA                       )
                                   )
DAHLIA NEHAMED                      )
                                   )
EZRA NEHAMED                        )
                                   )
BOSMAT NEHAMED                      )
                                   )
SARAH NEHAMED                       )
                                   )
SHMUEL NEHAMED                      )
                                   )
NISSIM TEDGI                        )
                                   )
SARAH MAYER                         )
                                   )
OZ CHAIM TEDGI                      )
                                   )
MEIR TEDGI                          )
                                   )
YEHONATAN TEDGI                     )
                                   )
SHLOMO TEDGI                        )
                                   )
SHULAMIT TEDGI                      )
                                   )
IDIT MEIRAV TEDGI                   )
                                   )
DAVID TEDGI                         )
                                   )
ERICK LOPEZ                         )
                                   )
YAEL LOPEZ                          )
                                   )
EYTAN LOPEZ                         )
                                   )
ADAM LOPEZ                          )
                                   )
AVIVA SHANI LOPEZ                   )
                                   )

LEON GORENSTEIN                                )
                                               )
MICHAL GRUBER                                  )
                                               )
MIRIAM GRUBER                                  )
                                               )
ISRAEL GRUBER                                  )
                                               )
NOA HOFSTETTER                                 )
                                               )
ELIYAHU LESRY                                  )
                                               )
ADAM LESRY                                      )
                                               )
ADVA LESRY                                      )
                                               )
VADIM MOROZ                                     )
                                               )
OLGA MOROZ                                      )
                                               )
MICHELLE MOROZ                                  )
                                               )
ADAM MOROZ                                      )
                                               )
HAGAY YOUDAI                                    )
                                               )
SHLOMO MAOZ                                     )
                                               )
REUT AHARONI                                    )
                                               )
AMALYA PARTOK                                   )
                                               )
KOBI AVRAHAM                                    )
                                               )
NATAN AVRAHAM                                   )
                                               )
RAN AVRAHAM                                     )
                                               )
RINAT AVRAHAM                                   )
                                               )
SHIREL BARZILAY                                 )
                                               )
YAEL BARZILAY                                   )
                                               )
INBAL BARZILAY                                  )
                                               )

DAVID BARZILAY )
)
ILANA ELIAV )
)
SHULI ELIAV )
)
ELANA KALIF )
)
SHOSHI GABAY )
)
MOTI GABAY )
)
KORESH IMANI )
)
NOAM OZERI )
)
YANIV OZERI )
)
ORIT OZERI )
)
EHUD OZERI )
)
MAYA OZERI )
)
MOR OZERI )
)
YINON OZERI )
)
DORON SOHAR )
)
CHEN SOHAR )
)
SINAI ZAKEN )
)
YONIT MIKDASH-ZAKEN )
)
IDIT LIBERMAN )
)
TOMER LIBERMAN )
)
ALON LIBERMAN )
)
LIOR ODESSER )
)
NILI BITTMAN )
)

ARIE BITTMAN                              )
                                          )
YUNIS ZEID                                )
                                          )
YOSEF YAAKOVIAN                           )
                                          )
DANIEL GOPLOV                             )
                                          )
NIKITA GOPLOV                             )
                                          )
YOTAM HAMAMI                              )
                                          )
ESTATE OF PESYA HUBER                     )
                                          )
MOSHE HUBER                               )
                                          )
DROR ITZHAKI                              )
                                          )
NATALI ITZHAKI                            )
                                          )
TAL ITZHAKI                               )
                                          )
MOSHE NAIMI                               )
                                          )
FRIDA NAIMI                               )
                                          )
VLADIMIR VASHBEIN                         )
                                          )
JULIE GUEDJ                               )
                                          )
JEAN GUEDJ                                )
                                          )
LILIANE GUEDJ                             )
                                          )
HILLA KLEINBORT                           )
                                          )
DAVID TISHBI                              )
                                          )
SHULAMIT OPHIR                            )
                                          )
RONI OPHIR                                )
                                          )
ILANIT OPHIR                              )
                                          )
SORIYA MEIRZADA                           )
                                          )

ROZITA MEIRZADA                        )
                                       )
SAID MEIRZADA                          )
                                       )
ALBERT MEIRZADA                        )
                                       )
RIVKA TORBATI                          )
                                       )
ORIT HUSHI                             )
                                       )
BENAYAHU MEIRZADA                      )
                                       )
TORIAN MEIRZADA                        )
                                       )
SHIMON LEVI                            )
                                       )
ALIZA LEVI                             )
                                       )
REUVEN YITZHAK LEVI                    )
                                       )
MEIR YISROEL LEVI                      )
                                       )
TEHILA SHIFRA LEVI                     )
                                       )
OSHRIT LEVI                            )
                                       )
SHMUEL LEVI                            )
                                       )
GIDEON NACHUM                          )
                                       )
MICHAEL SFEDJ                          )
                                       )
MIMI WEITZMAN                          )
                                       )
MOSHE COHEN                            )
                                       )
SHARON COHEN                           )
                                       )
MARIE ALFAN                            )
                                       )
EFRAT ELIYAHU                          )
                                       )
MEIRAV DOLINGER                        )
                                       )
BELLA DOLINGER                         )
                                       )

MICHAEL DOLINGER                              )
                                              )
YANIV DOLINGER                                )
                                              )
EDEN DOLINGER                                 )
                                              )
IYAR DOLINGER                                 )
                                              )
JACQUELINE CHAOUAT                            )
                                              )
ELINOR NAGAR                                  )
                                              )
DANIEL NAGAR                                  )
                                              )
LIOR NAGAR                                    )
                                              )
YOSEF CHAIM NAGAR                             )
                                              )
TONI VANUNU                                   )
                                              )
RINAT VIZELMAN                                )
                                              )
SHULAMIT ALEXANDRA VIZELMAN                   )
                                              )
NATALY MALLUL                                 )
                                              )
ADI MALLUL                                    )
                                              )
LINOI MALLUL                                  )
                                              )
SHACHAR MALLUL                                )
                                              )
LIOR MALLUL                                   )
                                              )
IDAN MALLUL                                   )
                                              )
ESTATE OF GILAD STIGLITZ                      )
                                              )
YA'AKOV STIGLITZ                              )
                                              )
YUVAL AGMON                                   )
                                              )
ZEHAVIT GELBERD BARBIRO                       )
                                              )
MONA TIMSIT                                   )
                                              )

BELLA AVI-ZEDEK                              )
                                             )
LIRON AVI-ZEDEK                              )
                                             )
NADAV AVI-ZEDEK                              )
                                             )
OR MOSHE AVI-ZEDEK                           )
                                             )
AVI AZULAY                                   )
                                             )
YAFA AZULAY                                  )
                                             )
ARSANI PALGOV                                )
                                             )
CONSTANTIN PALGOV                            )
                                             )
HANA TZADKIYAHU                              )
                                             )
DROR TZADKIYAHU                              )
                                             )
RON TZADKIYAHU                               )
                                             )
YONI YAGEN                                   )
                                             )
MIRIAM GLASNER                               )
                                             )
ARYE GLASNER                                 )
                                             )
DANIEL GLASNER                               )
                                             )
MOSHE GLASNER                                )
                                             )
PNINA AIZENMAN                               )
                                             )
ESTHER DESTA                                 )
                                             )
NECHAMA RINA DESTA                           )
                                             )
SHIFRA BOSMAT DESTA                          )
                                             )
SHIRA GOZLAN                                 )
                                             )
DANIEL GOZLAN                                )
                                             )
HODAYA GOZLAN                                )
                                             )

YONATAN GOZLAN                                          )
                                                        )
ESTATE OF GILA SARA KESSLER                             )
                                                        )
SHALOM KESSLER                                          )
                                                        )
KLILA KESSLER                                           )
                                                        )
SHAUL MANDELKORN                                        )
                                                        )
NURIT MANDELKORN                                        )
                                                        )
OREL SALOMON                                            )
                                                        )
PNINA SALOMON                                           )
                                                        )
ZEHAVIT WIEXELBAUM                                      )
                                                        )
DAVID WIEXELBAUM                                        )
                                                        )
CHEN YAFFA WIEXELBAUM                                   )
                                                        )
MICHAL WIEXELBAUM                                       )
                                                        )
ESTATE OF SHMUEL EFRAIM YERUSHALMI                      )
                                                        )
HAYA YERUSHALMI                                         )
                                                        )
AVRAHAM YERUSHALMI                                      )
                                                        )
HADASSA YERUSHALMI                                      )
                                                        )
HANA YERUSHALMI                                         )
                                                        )
YOSSEF HAIM YERUSHALMI                                  )
                                                        )
SHULAMIT MIRIAM YERUSHALMI                              )
                                                        )
BRACHA RACHEL YERUSHALMI                                )
                                                        )
ELCHANAN ISRAEL YERUSHALMI                              )
                                                        )
BENAYA YOEL YERUSHALMI                                  )
                                                        )
AYELET ORLANSKY                                         )
                                                        )

ASAEL SHABO )
)
AVIYAH SHABO )
)
ZION SHABO )
)
RACHEL TOUITOU )
)
YARDENA TOUITOU )
)
ELINOR SIMCHA TOUITOU )
)
NACHAL ELAZAR TOUITOU )
)
BAT NADIV TOUITOU )
)
SHAR SHALOM TOUITOU )
)
URIEL TOUITOU )
)
ATIRA SHAMIR )
)
RUCHAMA ALTER )
)
ESTHER HAYUN )
)
EZRA HAYUN )
)
YOAV BEN ABU )
)
OSHRAT BEN ABU )
)
SHIR BEN ABU )
)
SHALOM BEN ABU )
)
MISHEL BEN ABU )
)
REFAEL BEN DAKON )
)
NAOMI BINENSTOCK )
)
NAFTALI BINENSTOCK )
)
YEHUDIT BINENSTOCK )
)

MORAN SCHWARTZ                          )
                                        )
YITZHAK KASHANI                         )
                                        )
URIEL LITVAK                            )
                                        )
MIRIAM LITVAK                           )
                                        )
HODAYA MALKA                            )
                                        )
NATALIA POLYAK                          )
                                        )
ELDAR TAIRY                             )
                                        )
AHUVA TAIRY                             )
                                        )
YEHEZKEL TAIRY                          )
                                        )
ESTATE OF INFANT WEINBERG               )
                                        )
YEHUDIT WEINBERG                        )
                                        )
ZVI ARYEH WEINBERG                      )
                                        )
SHLOMO NOAH WEINBERG                    )
                                        )
EFRAIM ALONY                            )
                                        )
AYELET HASHACHAR DICKSTEIN              )
                                        )
SHIREL DAVID DICKSTEIN                  )
                                        )
ADIEL YECHEZKIEL DICKSTEIN              )
                                        )
SHLOMO DICKSTEIN                        )
                                        )
BENIYA DICKSTEIN                        )
                                        )
MIRIAM FREUND                           )
                                        )
EPHRAIM YEDIDYAH                        )
                                        )
SHULAMIT ZUCKERMAN                      )
                                        )
YITZHAK FREUND                          )
                                        )

HANAN FREUND )
)
ESTHER PICK )
)
MOSHE DICKSTEIN )
)
SHULAMIT DICKSTEIN )
)
URI SHAPIRA )
)
EITAN DERI )
)
ALIZA DERI )
)
RAZ DERI )
)
SHAHAR DERI )
)
SHLOMO DERI )
)
ELIYAHU DERLY )
)
SHOSHANA DERLY )
)
OSHRI DERLY )
)
BAT EL DERLY )
)
SHACHAR DERLY )
)
ORI DERLY )
)
BRURIA MENACHEM )
)
KARIN MENACHEM )
)
STEFANI MENACHEM )
)
YEHUDA MENACHEM )
)
ABDEL RAHIM BALALTA )
)
YAAKOV COHEN )
)
LINOY COHEN )
)

EITAN COHEN                                    )
                                               )
ERAN COHEN                                     )
                                               )
LIOR AVRAHAM                                   )
                                               )
NETANEL HEN                                    )
                                               )
RAVID HEN                                      )
                                               )
NOAM HEN                                       )
                                               )
EDEN HEN                                       )
                                               )
HADAR HEN                                      )
                                               )
ESTATE OF SUAD JABER                           )
                                               )
RASMI JABER                                    )
                                               )
NAZMIYAH JABER                                 )
                                               )
HANEEN HAJ-YAHIA                               )
                                               )
ABED JABER                                     )
                                               )
SABREEN JABER                                  )
                                               )
MEIR KASSUS                                    )
                                               )
DALYA KASSUS                                   )
                                               )
MENY LANDOW                                    )
                                               )
YAKOV LANDOW                                   )
                                               )
HANA LANDOW                                    )
                                               )
AYALA GOBI                                     )
                                               )
EFRAIM LAVI                                    )
                                               )
BARUCH LAVI                                    )
                                               )
ESTATE OF AYMAN SHARUF                         )
                                               )

SAMUH SHARUF                          )
                                      )
ALIYAH SHARUF                         )
                                      )
SALMAN SHARUF                         )
                                      )
KYSAR SHARUF                          )
                                      )
SHARUF SHARUF                         )
                                      )
MAHRUF SHARUF                         )
                                      )
DANIEL AYASH                          )
                                      )
ELAZAR BITON                          )
                                      )
MARGALIT BITON                        )
                                      )
SHIMON ILAN COHEN-BITON               )
                                      )
YAIR ZION COHEN-BITON                 )
                                      )
NATAN COHEN-BITON                     )
                                      )
IZAK COHEN-BITON                      )
                                      )
LIZA COHEN-BITON                      )
                                      )
YAAKOV BITON                          )
                                      )
DANIELLE BITON                        )
                                      )
YARDEN BITON                          )
                                      )
YAKOV GOITA                           )
                                      )
ESTATE OF AMIHUD HASID                )
                                      )
ORLY HASID                            )
                                      )
DVIR HASID                            )
                                      )
DANIEL HASID                          )
                                      )
MICHAL HASID                          )
                                      )

DORON HASID                              )
                                         )
TOMER HASID                              )
                                         )
ESTATE OF TAMIR MASAD                    )
                                         )
ORLY MASAD                               )
                                         )
ROEI MASAD                               )
                                         )
GUY MASAD                                )
                                         )
DAN MASAD                                )
                                         )
ANN REIFF                                )
                                         )
AMIR YAAKOV                              )
                                         )
ZEAVA YAAKOV                             )
                                         )
SIVAN YAAKOV                             )
                                         )
LI OR YAAKOV                             )
                                         )
NITZAN YAAKOV                            )
                                         )
SHAY DAVID YAAKOV                        )
                                         )
ISRAEL ACHOUR                            )
                                         )
KEREN OR ACHOUR                          )
                                         )
MIRIAM TIKVA ACHOUR                      )
                                         )
SHLOMO ACHOUR                            )
                                         )
ESTATE OF YITZHAK BUANISH                )
                                         )
RIVKA BUANISH                            )
                                         )
HADVA BUANISH                            )
                                         )
NOA BUANISH                              )
                                         )
YEHUDA BUANISH                           )
                                         )

NAOMI BUANISH                              )
                                          )
YOHAI BUANISH                             )
                                          )
OZ BUANISH                                )
                                          )
MAYAN BUANISH                             )
                                          )
RIVKA DUKHON                              )
                                          )
YEHUDA DUKHON                             )
                                          )
ELIYAHU DUKHON                            )
                                          )
YOCHAI DUKHON                             )
                                          )
TEHILA DUKHON                             )
                                          )
ALEXANDER KOGEN                           )
                                          )
MARINA KOGEN                              )
                                          )
YOSEF ZARMON                              )
                                          )
SHOSHANA ZARMON                           )
                                          )
YITZHAK ZARMON                            )
                                          )
SARIT ZARMON                              )
                                          )
MIRIAM ZARMON                             )
                                          )
ESTATE OF ESTHER GALIA                    )
                                          )
DAVID ALEXANDER GALIA                     )
                                          )
YINON GALIA                               )
                                          )
AYELET HASHAHAR GALIA                     )
                                          )
MORIA GALIA                               )
                                          )
EMUNA GALIA                               )
                                          )
TEHILA GALIA                              )
                                          )

AVIAD GALIA                              )
                                         )
SHIRA GALIA                              )
                                         )
DAVID ARUAS                              )
                                         )
SARA ARUAS                               )
                                         )
RACHEL ARUAS                             )
                                         )
YOSEF ARUAS                              )
                                         )
SHLOMIT ASSARAF                          )
                                         )
KEREN ASSARAF                            )
                                         )
YOSI ASSARAF                             )
                                         )
LARISA BARKON                            )
                                         )
ORTAL DERI                               )
                                         )
SAPHIR DERI                              )
                                         )
LIRON DERI                               )
                                         )
YAMIT LEVI                               )
                                         )
HILA DAYAN                               )
                                         )
SHIMON LEVI                              )
                                         )
REUT LEVI                                )
                                         )
ALOMA MIKITAN                            )
                                         )
ASAF PONI                                )
                                         )
EUGENIA GINDIN                           )
                                         )
MICHAEL GERMADI                          )
                                         )
RINAT GERMADI                            )
                                         )
ESTATE OF HAIM AMAR                      )
                                         )

SUSAN AMAR                          )
                                    )
TAMAR ATTIYAH                       )
                                    )
INBAL AMAR                          )
                                    )
SHLOMO AMAR                         )
                                    )
MOSHE OFIR AMAR                     )
                                    )
SIVAN AVRAHAM                       )
                                    )
DANIELLE AVRAHAM                    )
                                    )
LIOR AVRAHAM                        )
                                    )
LI-HEN AVRAHAM                      )
                                    )
YAFFA MIZRAHI                       )
                                    )
BAT EL MIZRAHI                      )
                                    )
SHARON SILBERSTEIN                  )
                                    )
SIVAN SILBERSTEIN                   )
                                    )
KAREN ARAMA COHEN                   )
                                    )
MATITYA ARAMA                       )
                                    )
MALACHI ARAMA                       )
                                    )
RAAYA ARAMA                         )
                                    )
SHIRA ARAMA                         )
                                    )
LIVNAT ARAMA                        )
                                    )
OSHRAT ARAMA                        )
                                    )
YOSSEF EDERI                        )
                                    )
ESTATE OF HANA HAIMOV               )
                                    )
ELIEZER HAIMOV                      )
                                    )

SMADAR HANNANIA                          )
                                         )
ESTATE OF VIKTOR SHUBAEV                 )
                                         )
ILENA SHUBAEV                            )
                                         )
VIKTORIA BIKOR                           )
                                         )
VLADA SLINKO                             )
                                         )
NIV ZMORA                                )
                                         )
GUY ZMORA                                )
                                         )
NATALI AFGIN                             )
                                         )
MARSEL AFGIN                             )
                                         )
VLADIMIR BIRIOUKOV                       )
                                         )
TAMARA BIRIOUKOV                         )
                                         )
MARWAN DAMOUNI                           )
                                         )
SOL EVEN-ZUR                             )
                                         )
MARINA KATSMAN                           )
                                         )
LIAD LAHAM                               )
                                         )
HAGIT MENDELLEVICH                       )
                                         )
MICHAL MENDELLEVICH                      )
                                         )
OMRI MENDELLEVICH                        )
                                         )
LITI ALIZA SAIED                         )
                                         )
ELIZABETH DAVIDOV                        )
                                         )
HADASSAH DAVIDOV                         )
                                         )
VLADISLAV DAVIDOV                        )
                                         )
ESTATE OF ZACHAR HANUKAYEV               )
                                         )

HANNAH HANUKAYEV                            )
                                           )
VADIM HANUKAYEV                             )
                                           )
MAZAL TOV HANUKAYEV                         )
                                           )
VACHISLAV HANUKAYEV                         )
                                           )
SYLVIA ZVIA BETLITIM                        )
                                           )
SHIMON BETLITIM                            )
                                           )
AVIVA TABIB                                 )
                                           )
YEHUDA TABIB                                )
                                           )
AVNER WEISS                                 )
                                           )
ITAEL DAR                                   )
                                           )
YISHAI DAR                                  )
                                           )
ESTATE OF YITZHAK MOYAL                     )
                                           )
RINA MOYAL                                  )
                                           )
LIORA LUGASI                                )
                                           )
SHARON MOSHE MOYAL                          )
                                           )
SARIT FREBERD                               )
                                           )
DAVID MOYAL                                 )
                                           )
YUVAL MOYAL                                 )
                                           )
NISSIM MOYAL                                )
                                           )
ZOHARA MOYAL                                )
                                           )
MIRIAM AZULAI                               )
                                           )
AVRAHAM MOYAL                               )
                                           )
BENJAMIN MOYAL                              )
                                           )

RACHEL DAHAN                              )
                                          )
TAMAR BEN DAVID                           )
                                          )
MACHLOUF MOYAL                            )
                                          )
MASOUDI OHAYON                            )
                                          )
FANNY NACHMANI                            )
                                          )
ALIZA BEN CHAIM                           )
                                          )
BATSHEVA CHAMU                            )
                                          )
ESTHER CHAMU                              )
                                          )
SIMCHA CHAMU                              )
                                          )
ILANA FALEK                               )
                                          )
RACHAMIM FALEK                            )
                                          )
MEIRAV MAARIVI                            )
                                          )
MORDECHAI MAARIVI                         )
                                          )
ZAHAVA MAARIVI                            )
                                          )
MAZAL MAARIVI                             )
                                          )
CHAYA MAARIVI                             )
                                          )
YOSEF CHAIM MAARIVI                       )
                                          )
MARGALIT MAARIVI                          )
                                          )
YEHUDIT MAARIVI                           )
                                          )
YAEL MAARIVI                              )
                                          )
AYALA MAARIVI                             )
                                          )
YITZHAK MOSHE COHEN                       )
                                          )
ELAZAR COHEN                              )
                                          )

ESTATE OF NOAM LEIBOVITCH       )
)
SHLOMO LEIBOVITCH       )
)
GALIT LEIBOVITCH       )
)
MOSHE LEIBOVITCH       )
)
HILA LEIBOVITCH       )
)
ESTHER BARIOTY       )
)
DALIT YAFA YEKUTIELI       )
)
SHANI MAZAL YEKUTIELI       )
)
NETANEL YEKUTIELI       )
)
AVRAHAM AZULAI       )
)
YNON BAR OR       )
)
BAT SHEVA BAR OR       )
)
ELCHAN BAR OR       )
)
ITSCHAK BAR OR       )
)
YOSEF BAR OR       )
)
NAOMI BAR OR       )
)
RIVKA BAR OR       )
)
SARAH BAR OR       )
)
YAIR BEN TZION       )
)
SHMUEL BEN TZION       )
)
YISROEL BEN TZION       )
)
RIVKA BEN TZION       )
)
ESTHER BEN TZION       )
)

HADASSAH BINDER )
)
NECHAMA BINDER )
)
DALIA DGANI )
)
DAVID DGANI )
)
MOSHE GROSS )
)
SHLOMO CHAIM BINDER )
)
PINCHAS BINDER )
)
YISROEL EISENSTEIN )
)
SHIFRA EISENSTEIN )
)
ESTHER EISENSTEIN )
)
NIR FALEK )
)
BRACHA MIRIAM FRASTER )
)
AHARON FRASTER )
)
AVIGDOR IZAK FRASTER )
)
HAIM ELIMELECH FRASTER )
)
AVRAHAM YOSSEF FRASTER )
)
NISSAN MOSHE FRASTER )
)
RAITZI FRASTER )
)
ESTHER FAIGE FRASTER )
)
DAVID ARIE FRASTER )
)
GALIA GERBI )
)
ASHER YOSEF GERBI )
)
RIVKA GERBI )
)

ESTATE OF LILACH KARDI )
)
SHMUEL KARDI )
)
CHAIM KARDI )
)
MARGALIT LAURY )
)
MAOR LAURY )
)
YISROEL LAURY )
)
SARAH LAURY )
)
ODELIA LAURY )
)
NEURI LAURY )
)
ELIYAHU LEBEL )
)
NACHMAN SHIMON LEBEL )
)
CHANA LEBEL )
)
ESTHER LEBEL )
)
MATANYA NATHANSEN )
)
SARA NATHENSEN )
)
PERACHA NATHENSEN )
)
YITZCHAK NATHENSEN )
)
CHAIM NATHANSEN )
)
YOSEF DOV NATHANSEN )
)
GITTEL BALANSON )
)
BATSHEVA ROSENFELD )
)
YEHOSHUA ZELIG NATHANSEN )
)
ASHER NATHANSEN )
)

YEHUDA NATHANSEN                             )
                                             )
BATSHEVA NAAVA ROSENTHAL                     )
                                             )
EZRA CHAIM ROSENTHAL                         )
                                             )
FAYGE ROSENTHAL                              )
                                             )
MOSHE ARIE ROSENTHAL                         )
                                             )
HAYA SHIFRA ROSENTHAL                        )
                                             )
MORDECHAI ROSENTHAL                          )
                                             )
YOSSEF MEIR ROSENTHAL                        )
                                             )
AHARON SCHWARTZ                              )
                                             )
GOLDA FRASTER SHARF                          )
                                             )
SHMUEL SHARF                                 )
                                             )
RIVKA VICEFISH                               )
                                             )
YAFFA VICEFISH                               )
                                             )
TZVI ARYEH VICEFISH                          )
                                             )
SHLOMO ZALMAN VICEFISH                       )
                                             )
MORDECHAI VICEFISH                           )
                                             )
DAVID VICEFISH                               )
                                             )
AVRAHAM YESHAYAHU VICEFISH                   )
                                             )
SHLOMO WALNER                                )
                                             )
LEAH COHEN                                   )
                                             )
MORDECHAI LIEDER                             )
                                             )
ESTHER ZARGARI                               )
                                             )
MICHAEL ZARGARI                              )
                                             )

MOSHE ZARGARI                          )
                                       )
NETANEL ZARGARI                        )
                                       )
AVIGAIL ZARGARI                        )
                                       )
NAVA ZARGARI                           )
                                       )
BARUCH HAR-MELECH                      )
                                       )
NIR ALFASSY                            )
                                       )
OZ ALFASSY                             )
                                       )
SHOSHANA MIZRACHI                      )
                                       )
YAAKOV SHAMIR                          )
                                       )
ESTATE OF LIRON SIBONI                 )
                                       )
NAVA SIBONI                            )
                                       )
ASI SIVAN-SIBONI                       )
                                       )
EDOUARD STERNGOLD                      )
                                       )
EVA STERNGOLD                          )
                                       )
DENISE TVITO                           )
                                       )
DORIN TVITO                            )
                                       )
NETANEL TVITO                          )
                                       )
AVISHAY TVITO                          )
                                       )
ORLY ALMOG                             )
                                       )
INBAR BAHAT                            )
                                       )
HADAR BAHAT (BOY)                      )
                                       )
MARLENE MATAR                          )
                                       )
CLAIRE MATAR                           )
                                       )

BIAR MATAR                          )
                                    )
RONY MATTAR                         )
                                    )
FURSAN MATTAR                       )
                                    )
EINAT REGEV                         )
                                    )
DIANA SOFFRIN                       )
                                    )
ROY SOFFRIN                         )
                                    )
ESTATE OF BRURIA ZER AVIV           )
                                    )
ESTATE OF SAMER AFAAN               )
                                    )
FATHI AFAAN                         )
                                    )
FATIMA AFAAN                        )
                                    )
WASIM AFAAN                         )
                                    )
MUHAMMAD AFAAN                      )
                                    )
KHADIJA AFAAN                       )
                                    )
OTHMAN AFAAN                        )
                                    )
ISLAM AFAAN                         )
                                    )
MARIAM AFAAN                        )
                                    )
FATHIA AFAAN                        )
                                    )
AHMED AFAAN                         )
                                    )
SALEM AFAAN                         )
                                    )
ASIA AFAAN                          )
                                    )
DAUD AFAAN                          )
                                    )
CELIA NAOMI GOLDSTEIN               )
                                    )
MICHAEL GOLDSTEIN                   )
                                    )

RACHEL GOLDSTEIN                                )
                                                )
HOFIT GOLDSTEIN                                 )
                                                )
ADI GOLDSTEIN                                   )
                                                )
LINOY GOLDSTEIN                                 )
                                                )
AVIDAV GOLDSTEIN                                )
                                                )
TZVIEL GOLDSTEIN                                )
                                                )
SMADAR AVHAR                                    )
                                                )
TAIR AVHAR                                      )
                                                )
YEHONATAN AVHAR                                 )
                                                )
NACHMAN AVHAR                                   )
                                                )
ESTATE OF NOAM NAFTALI LEIBOWITZ                )
                                                )
TOMAS YEHUDA LEIBOWITZ                          )
                                                )
LEAH LEIBOWITZ                                  )
                                                )
GILA LEIBOWITZ                                  )
                                                )
ELYASHIV DAN LEIBOWITZ                          )
                                                )
YAEL KOTEV                                      )
                                                )
MICHAL HAIMOVITZ                                )
                                                )
NIR AZULAI                                      )
                                                )
SIVAN AZULAI                                    )
                                                )
JACOB BELHACEN                                  )
                                                )
SHIRA BEN DANIEL                                )
                                                )
NADIA ADINA ROSE                                )
                                                )
ESTATE OF ANAT DAROM                            )
                                                )

NURIT DAROM                                          )
                                                    )
EFRAIM DAROM                                         )
                                                    )
ORNA DAROM                                           )
                                                    )
NILLY DAROM                                          )
                                                    )
ESTATE OF STUART SCOTT GOLDBERG                      )
                                                    )
YITZHAK LAVAN                                        )
                                                    )
SAPIR LAVAN                                          )
                                                    )
EFRAT AZULAY                                         )
                                                    )
YOSSI BEN-SHIMUL                                     )
                                                    )
SIMONA BEN-SHIMUL                                    )
                                                    )
JACKIE BEN-SHIMUL                                    )
                                                    )
YUVAL BEN-SHIMUL                                     )
                                                    )
ITAI EZRA                                            )
                                                    )
BRACHA HABSUSH                                       )
                                                    )
ORIT HABSUSH                                         )
                                                    )
EREZ HABSUSH                                         )
                                                    )
ODED HABSUSH                                         )
                                                    )
MICHAL LESHEM RAVIV                                  )
                                                    )
ARIEL HAYIM LESHEM                                   )
                                                    )
LEON MONTELIO                                        )
                                                    )
RUTH MONTELIO                                        )
                                                    )
ALIZA MONTELIO                                       )
                                                    )
RUTH MONTELIO                                        )
                                                    )

TALIA OUZANA                              )
                                          )
SHULAMIT RIKAN                            )
                                          )
ZADOK RIKAN                               )
                                          )
AMIR RIKAN                                )
                                          )
HANA ZADOK                                )
                                          )
IZAK ZADOK                                )
                                          )
ESTATE OF ZION DAHAN                      )
                                          )
ESTER DAHAN                               )
                                          )
ESTHER DAHAN                              )
                                          )
LIOR DAHAN                                )
                                          )
DAVID DAHAN                               )
                                          )
TAMAR DAHAN                               )
                                          )
RUTH SUISSA                               )
                                          )
ANAT SUISSA                               )
                                          )
SARIT PAZ                                 )
                                          )
YARON SUISSA                              )
                                          )
OSHRAT SUISSA                             )
                                          )
HAYIM SUISSA                              )
                                          )
SHIR SUISSA                               )
                                          )
OREN TOUBOUL                              )
                                          )
SHAI TOUBOUL                              )
                                          )
LILIAN TOUBOUL                            )
                                          )
SHIMON TOUBOUL                            )
                                          )

ARIE ODESS                                              )
                                                        )
ORITH ODESS                                             )
                                                        )
SHMUEL YOHAI                                            )
                                                        )
MIRA YOHAI                                              )
                                                        )
CHAKA TZINAK                                            )
                                                        )
AVRAHAM SUISSA                                          )
                                                        )
OSHRI SUISSA                                            )
                                                        )
MORDECHAI SUISSA                                        )
                                                        )
YISROEL SUISSA                                          )
                                                        )
MASOUDI SUISSA                                          )
                                                        )
MICHAL COHEN                                            )
                                                        )
YAEL COHEN                                              )
                                                        )
BENI COHEN                                              )
                                                        )
DVIR GABBAI                                             )
                                                        )
MANANA GOGOLSHVILI                                      )
                                                        )
ELIYAHU PERETZ                                          )
                                                        )
TIMOR CHARITANANKO                                      )
                                                        )
ANNA CHARITANANKO                                       )
                                                        )
ILAN ABABA                                              )
                                                        )
MALMIKO TZAGI                                           )
                                                        )
YITZHAK ABAYEV                                          )
                                                        )
YAAKOV AYALON HOLOGARSH                                 )
                                                        )
OLGA LEVIAV                                             )
                                                        )

LINOI PERETZ                                              )
                                                         )
LIN PERETZ                                               )
                                                         )
NATALIA TOLSTOHINA                                       )
                                                         )
ADI TAL                                                  )
                                                         )
ITAY YEFET                                               )
                                                         )
RADION PELEZ                                             )
                                                         )
SIVAN BERREBI                                            )
                                                         )
RAFAEL BERREBI                                           )
                                                         )
MEITAL ARBIB                                             )
                                                         )
SHALEV ARBIB                                             )
                                                         )
ESTHER GAZARI                                            )
                                                         )
SIMA ABUKSIS                                             )
                                                         )
SHLOMIT ABUKSIS                                          )
                                                         )
KEREN ABUKSIS                                            )
                                                         )
RAN ABUKSIS                                              )
                                                         )
LINDA BOOZAGLO                                           )
                                                         )
MASOUDI BOOZAGLO,                                        )
                                                         )
            PLAINTIFFS,                                  )
                                                         )
V.                                                       )
                                                         )
ARAB BANK, PLC                                           )
                                                         )
            DEFENDANT.                                   )

# COMPLAINT

What follows are averments and allegations, including the foundational facts pled in the Introduction, applicable to each cause of action pled herein:

## INTRODUCTION

1.     For the better part of the last decade, groups of Palestinian militants in the West Bank and Gaza Strip have acted with a united purpose to eradicate the State of Israel through a campaign of terror, genocide and crimes against humanity.

2.     The acts giving rise to this action are the result of a systematic and widespread campaign of suicide bombings and other murderous attacks that have been authorized, directed and/or committed by the Islamic Resistance Movement ("Hamas"), the Palestinian Islamic Jihad ("PIJ"), the Al-Aqsa Martyrs' Brigade ("AAMB"), and the Popular Front for the Liberation of Palestine ("PFLP") – all of whom have been listed for years by the United States Department of the Treasury as Specially Designated Global Terrorists ("SDGTs")  and also have been designated by the United States Department of State as foreign terrorist organizations ("FTOs").

3.     The Defendant in this action, Arab Bank, Plc ("Arab Bank"), has provided both explicit and tacit support for the goals espoused by these terrorist organizations in their attempt to destroy the State of Israel.  The Chairman of Arab Bank, Abdul Majeed Shoman, has repeatedly and very publicly expressed Arab Bank's stance supporting the eradication of the State of Israel.

- In a July 2000 interview published in the Jordanian newspaper *Al-Dustour* entitled "The Jews Have No Right to Palestine"– prior to the renewed

outbreak of violence – Shoman "said that for him a just solution would be the return [sic] of all Palestinian lands to their legitimate historical residents, i.e., the Palestinian people and the Arab nation. Shoman said he was against a Palestinian compromise [based on] a partial return [which included] the loss of some land, and that the Jews had no right to the land of Palestine."

- According to an October 2000 article published in *Al-Dustour* Shoman held a meeting at the head offices of the Arab Bank [in Jordan], at which he led a discussion on the Popular Committee for Support of the Intifada. The Committee gives financial support directly to the families of Palestinian "martyrs" and the wounded.  At the meeting, Dr. Mamduh al-Abadi, chairman of the board, announced that they would continue giving direct financial aid to the families of *shaheeds* (martyrs) and the wounded of the Al-Aqsa intifada.  Shoman made a personal contribution to the Al-Aqsa Intifada and also received contributions from his employees, who donated 5% of their salaries in support of the Al-Aqsa Intifada.

- An article published in *Al-Bayan*, a UAE newspaper, on May 31, 2001, cites a press release in which Shoman stated that "most of the institution's [Popular Committee for Support of the Intifada] activities centered around supporting the Intifada [the ongoing violent Palestinian-Israeli confrontation] and the Al-Aqsa Fund, which the institution had established at the beginning of the confrontation. He called upon Arab and Palestinian businessmen to make generous donations to the Al-Aqsa Intifada Fund, which provides emergency support for the families of "martyrs" and those wounded in the Intifada.

4.      This civil action is being brought on behalf of victims of this latest surge of Palestinian terror which has been accomplished with the complicity of a number of financial institutions within the Middle East – primary among them, the Defendant, Arab Bank.  It is brought by foreign nationals who are close family members of those killed along with those injured by the terrorist attacks carried out in violation of the laws of nations, United States' statutes, and general federal common law.

5.      The claims of the victims are brought on behalf of foreign nationals pursuant to the Alien Tort Claims Act, 28 U.S.C. § 1350.

6.      Hamas', PIJ's, AAMB's, and PFLP's suicide bombings and other murderous attacks have involved the use of explosives, incendiary weapons, and other lethal devices which were designed and built so as to maximize resulting death and serious bodily injury.  To this end, Hamas', PIJ's, AAMB's, and PFLP's suicide bombings and other murderous attacks involved the intentional delivery, placement, discharge, and/or detonation of explosives, incendiary weapons, and lethal devices in public places, State, government, and public facilities, and in public transportation system(s), including buses.

7.      While separate organizations, Hamas, PIJ, AAMB, and PFLP have long and openly adhered to a shared mission: to topple and eradicate the State of Israel, murder or throw out the Jews, and liberate the area by replacing it with an Islamic and/or Palestinian state through the use of suicide bombings and other shockingly egregious violent acts which constitute violations of fundamental and universally recognized precepts of international law which are reflected in a multitude of international accords.

8.      In a series of Friday sermons which aired on Palestinian TV ("PATV"), Dr. Muhammad Ibrahim Madi clearly stated this "lofty goal" when he cried out:  "Shame upon he who does not educate his children the education of Jihad [armed struggle against the infidels, or holy war]...blessings upon he who dons a vest of explosives on himself or on his children and goes in to the midst of the Jews and says: Allah Akbar [Allah is Great]..." [Dr. Muhammad Ibrahim Madi, Friday sermon, PA television, June 8, 2001].

9.      A few months later on August 3, 2001, Dr. Madi recounted a conversation he had with a 14 year old boy who wanted to blow himself up and kill Jews.  His blood-curdling sermon broadcast live on PATV that day went:

"I was uplifted when a youth said: 'Oh, Sheikh, I am 14 years old. I have 4 more years and then I will blow myself up among Allah's enemies, I will blow myself up among the

Jews.' I said to him, 'Oh young child, may Allah let you merit Shahada [martyrdom] and let me merit Shahada...

'All the weapons must be aimed at the Jews, Allah's enemies, the cursed nation in the Koran, whom Allah describes as monkeys and pigs, worshippers of the calf and idol worshippers... Nothing will deter them except the color of blood in their filthy nation...unless we blow ourselves up, willingly and as our duty, in their midst...'

May Allah make the Moslem rule over the Jew. We will blow them up in Hadera, we will blow them up in Tel-Aviv and in Netanya so that Allah will make us masters over this riff-raff. We will fight against them and rule over them until the Jew will hide behind the trees and stones and the tree and stone will say: 'Moslem! Servant of Allah, there is a Jew behind me, kill him.' We shall enter Jerusalem as conquerors, and Jaffa as conquerors, and Haifa as conquerors and Ashkelon as conquerors.... Blessings upon he who educates his sons in the path of Jihad and Shahada!"  [Dr. Muhammad Ibrahim Madi, Friday sermon, PATV, August 3, 2001]

10.    At a Muslim Arab Youth Association Conference in Los Angeles in 1994, Sheikh Muhammed Siyam (who at the time was Hamas' representative to the Sudan) stated: "I've been told to restrict or restrain what I say...I hope no one is recording me or taking any pictures, as none are allowed...because I'm going to speak the truth to you.  It's simple.  Finish off the Israelis. Kill them all!  Exterminate them!  No peace ever!  Do not bother to talk politics."

11.    Ariel Sharon, the Prime Minister of the State of Israel, has himself declared that Hamas leaders have "...only one objective: the destruction of Israel."

12.    Consistent with their goals and objectives, Hamas, PIJ, AAMB, and PFLP cooperate in the planning and commission of joint terrorist attacks.  Using suicide bombings and other shockingly egregious acts of international terror directed at Plaintiffs and other unarmed Israeli civilians, those groups have for years systematically and continuously terrorized, injured and killed thousands of unarmed innocent members of the Israeli civilian population through repeated suicide bombings, or "martyrdom" operations.

13.    Plaintiffs herein were injured or killed in Hamas, PIJ, AAMB and/or PFLP suicide bombings and other murderous attacks committed in Israel, the West Bank or the Gaza Strip.

14.    To successfully plan, fund, and carry out these attacks, Hamas, PIJ, AAMB and PFLP rely upon an open, notorious, well known, and formalized system of terrorist financing which incentivizes and incites the attacks by paying families of suicide bombers.  As the Israeli government, former Secretary of State Colin L. Powell, Defense Secretary Donald H. Rumsfeld, Deputy Defense Secretary Paul D. Wolfowitz, and even captured suicide bombers have stated, payments to families of suicide bombers encourage suicide bomb attacks.

15.    One fifteen (15) year old boy captured by Israeli soldiers before he was able to blow himself up in a suicide mission at an Israeli checkpoint was asked by a BBC Reporter whether AAMB promised him anything in return for carrying out the attack.  The little boy responded: "Of course they did. They told me, once you carry out the operation and the soldiers come and demolish your home, we'll stand by your parents and rebuild your house and give them money."

16.    In hearings in 1990 regarding the then-pending Antiterrorism Act of 1990, Joseph A. Morris, a former Department of Justice attorney and former General Counsel of the United States Information Agency, testified:

> International terrorism has become, in many respects, an industry.  It rests on a foundation of money.  Money is often more important to the masters of terrorism than are people.  That they care little for their victims goes without saying; but it is instructive of many terrorist organizations appear to care little for their own operatives, treating them as fungible and dependable.

17.    Defendant Arab Bank solicited, collected, transmitted, disbursed and provided the financial resources that allowed Hamas, PIJ, AAMB and PFLP to flourish and to engage in a

campaign of terror, genocide, and crimes against humanity in an attempt to eradicate the Israeli presence from the Middle East landscape. Arab Bank has knowingly and intentionally, both directly and indirectly, aided and abetted, intentionally facilitated, and/or recklessly disregarded the commission of these attacks by Hamas, PIJ, AAMB, and PFLP.

18.    In addition to maintaining accounts at its bank for well known terrorist front groups and individuals who supported their causes, Defendant Arab Bank also empowered Hamas, PIJ, AAMB, and PFLP by providing instructions to the general public on how to qualify and collect money; and by serving as the "paymaster" to the families of those genocidal murderers and maimers who carried out suicide bombings and other murderous attacks against innocent Israeli nationals and nationals of other countries who happened to be in Israel when these bombings took place. With the aid of public and private donations deposited in numerous accounts established at financial institutions in the Middle East – primary among them the Arab Bank – and opened for the explicit purpose of providing funds to families of the martyrs of Hamas, PIJ, AAMB and PFLP, these foreign terrorist organizations were given free reign to continue their campaign of terror and to expand their terrorist objectives throughout the State of Israel.

19.    In its opinion regarding the appeal of Sheikh Ra'ed Salah, head of the Northern faction of the Islamic movement, the Israeli Supreme Court noted the following regarding the "charitable societies" and their relation to Hamas:

> The modus operandi of the organization [known as] Hamas, as described by professional opinion and [demonstrated by] the evidence, shows that its civilian activities provide an infrastructure for its terrorist activities by supporting, reinforcing and encouraging them…transferring funds to support the families of suicide bombers and security detainees can certainly be considered an incentive and encouragement for the perpetrating of lethal terrorist attacks and has nothing in common with ordinary religious behests to contribute to the welfare of the

needy and indigent, which the complainant [sheikh Ra'ed Salah] and his representatives would like to use to camouflage their actions.

(From the decision rendered by the Israeli Supreme Court regarding the appeal of sheikh Ra'ed Salah, head of the northern faction of the Islamic Movement, page 7 paragraph 5, August 18, 2003).

20.    In Saudi Arabia, two specific groups were created to raise funds to aid in the proliferation of the terrorist objectives of Hamas, PIJ, AAMB, and/or PFLP.  These groups, called the Popular Committee for Assisting the Palestinian Mujahideen and another group formed in 2000 known as the Saudi Committee for Aid to the Al-Quds Intifada, set up Account 98 Accounts at banks all over Saudi Arabia to raise funds specifically for the families of the martyrs of Hamas, PIJ, AAMB, and PFLP.  In addition, the committees solicited private donations directly to accounts at Arab Bank.

21.    Funds deposited into Account 98 Accounts (hereinafter collectively referred to as "Account 98") at banks in Saudi Arabia were transferred to accounts at the Arab Bank.  The Arab Bank would then transfer these funds to the families of the martyrs through the branch offices of the Arab Bank within the West Bank and the Gaza Strip.  Often, if not always, Account 98 funds went through Arab Bank's branch in New York, NY, USA, before being transferred to accounts in the Middle East.

22.    By serving as the ultimate paymaster to the families and charitable committees in the West Bank and Gaza Strip operated on behalf of Hamas, PIJ, AAMB, and PFLP, the Arab Bank facilitated the increase in terrorist operations carried out by these organizations by incentivizing this conduct.  The individual terrorist knew that if he committed a suicide operation, his family would be supported by funds held in their name by the Arab Bank.

23.    The following chart demonstrates the relationship between this funding and the proliferation of terrorist attacks:

| YEAR | Terror Attacks Israel (suicide and other bombs) | Popular Committee for Assisting the Mujahideen | Committee for the Al-Quds Intifada & Al-Aqsa Funds | TOTAL |
|---|---|---|---|---|
| 1998 | 1 | 3,600,000 | 0 | 3,600,000 |
| 1999 | 0 | 3,490,000 | 0 | 3,490,000 |
| 2000 | 4 | 8,418,348 | 0 | 8,418,348 |
| 2001 | 36 | 9,473,628 | 14,454,190,000 | 14,463,663,628 |
| 2002 | 44 | 266,575,791 | 350,000,000 | 616,575,791 |
| 2003** | 22 | 7,226,384 | 720,003,150 | 727,229,534 |
| TOTALS | | 298,784,151 | 15,524,193,150 | 15,822,977,301 |

(all amounts above are in Saudi Riyals)

24.     In addition to violating well established international laws and principles, Arab Bank's acts and omissions violated national policies of the United States. On January 23, 1995, President Clinton issued Executive Order 12947 declaring a national emergency on the grounds that "grave acts of violence committed by foreign terrorists that disrupt the Middle East peace process constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and hereby declare a national emergency to deal with that threat."

25.     President George W. Bush stated in a joint session of Congress on September 20, 2001: "We must starve terrorists of funding, turn them against one another, drive them from place to place until there is no refuge or no rest." On June 25, 2003, President Bush called for "swift, decisive action against [Palestanian] terror groups such as Hamas, to cut off their funding and support." On October 17, 2003, Vice President Richard B. Cheney described the Bush doctrine: "Any person... that *supports*, protects or harbors terrorists is complicit in the murder of the innocent and will be held to account" (emphasis added).

26.    The legislative and judicial branches have affirmed these principles.  Article I, section 8 of the Constitution of the United States gives the Congress the power to "define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations."  Congress did just that in 1789 when it passed the Alien Tort Claims Act which provides: "The district courts shall have original jurisdiction of any civil action by an alien for a tort only, committed in violation of the law of nations or a treaty of the United States."  28 U.S.C.A. 1350.

27.    Plaintiffs bring this action in furtherance of (i) policies of the United States and the rest of the world which universally condemn acts of genocide, crimes against humanity, international terrorism, and the financing of international terrorism; (ii) the intent of the Congress to compensate victims of such acts and assure that support for them shall not be a cost-free undertaking, and (iii) the will of the international community, to hold accountable all persons who financially aid, or otherwise provide material support to, violations of the law of nations including, but not limited to, genocide, crimes against humanity, international terrorism, and the financing of international terrorism.

## PARTIES

### Plaintiffs

28.    Plaintiffs, described below, are victims of international terrorism, genocidal conduct and crimes against humanity. They include persons injured and close family members or representatives of persons killed or injured in suicide bombings and other shockingly egregious acts of international terror, and are citizens of Israel, Canada, the United Kingdom, Australia, Russia, France, Argentina, Ukraine, the Netherlands, Sweden, South Africa, Brazil, and Zimbabwe.

**The Suicide Bombings and Other Acts of Terrorism Carried out in Furtherance of the Campaign of Genocide and Crimes Against Humanity**

29.      Suicide bombers and other genocidal murderers and maimers supported, encouraged and enticed by funds collected and disbursed by Arab Bank were responsible for the following acts of international terrorism, which were committed with the intent to destroy the State of Israel by the systematic murder of Jews and other Israelis, including the plaintiffs herein:

(1)      October 19, 2000:  AAMB gunmen open fire on a group of Israeli men, women, and children hiking at Mount Eival near Nablus.  One person is killed and several others injured.

The individual killed is:

(a)      Rabbi Binyamin Herling.  Plaintiffs asserting claims related to and/or arising from this death are Bracha Herling, wife of decedent; and Yehoshua Herling, Efraim David Herling, Sarah Chen, Elazar Herling, Chaim Menachem Herling, Pnina Avrahamov, Rachel Sorek, and Tova Burstein, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Binyamin Herling[1].

Among those injured are plaintiff Barak Kalaf, husband of plaintiff Shlomit Kalaf; plaintiff Yakov Feldman, husband of plaintiff Nechama Feldman and father of plaintiffs Hodaya Feldman*, Yosef Elkana Feldman*, and Michal Bracha Feldman*; plaintiffs Chana Luria and Eyal Ya'akov Luria, parents of plaintiffs Miriam Luria* and Techia Rachel Luria*; plaintiffs Ahuva Grossman and Tamar Grossman, children of plaintiffs Rivka Grossman and Binyamin Grossman; and plaintiffs Nechemia Perelman, Elnatan Grossman and Nachshon Koralek.

---

[1] Under Israeli law, the opening up of an estate and the appointment of a representative is not a necessary prerequisite to filing a lawsuit on behalf of a decedent. All heirs may assert a claim on behalf of the estate of a decedent.  See Succession Law of 1965 and the Succession Regulations of 1998; see also Declaration of Gavriel Mairone, Esq., In Support of Plaintiffs' Opposition Motion to Defendant Arab Bank PLC's Motion to Dismiss the First Amended Complaints in *Almog et al. v. Arab Bank PLC*, and *Afriat-Kurtzer et al. v. Arab Bank, PLC* paragraphs 3 and 5. Under Israeli law, the following are all eligible heirs:  spouse of the deceased, common law spouse of the deceased, children of the deceased and their issue, parents of the deceased and their issue, and grandparents of the deceased and their issue.  *See* Succession Law of 1965.

* Indicates plaintiff is a minor child.

(2)    November 13, 2000:  AAMB gunmen Muhammad Mahmoud Barash, Muhannad Halaweh, Samar Muhammad Abu Kweik, and Ahmed Ghandur attack a car traveling the road between Ofra and Neve Zuf, killing an Israeli woman.

The individual killed is:

(a)    Sara Golda Lisha.  The plaintiff asserting claims related to and/or arising from this death is Tova Apelker, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Sara Golda Lisha.

(3)    November 20, 2000:  AAMB terrorists launch an artillery shell at a school bus carrying children and teachers near Kfar Darom.  Two are killed and nine wounded.

Among those injured are plaintiff Liora Alper, wife of plaintiff David Avraham Alper and mother of plaintiffs Ariel Yehuda Alper*, Shalom Israel Alper*, and Zechut Alper*; plaintiff Matania Daifani and his mother, Nurit Daifani[†], mother of plaintiffs Uriah Daifani, Yehuda Daifani, Rachel Daifani*, Shimon Daifani*, Yosef Daifani*, and Hallel Daifani*.

(4) November 22, 2000:  PIJ[2] explodes a car bomb alongside a bus in Hadera, killing two and injuring sixty others.

Among those injured are Galina Avshlomov[†], mother of plaintiffs Nadzida Avshlomov, Victoria Avshlomov, and Albert Avshlomov; Naomi Igilov[†], mother of plaintiff Vladislav Igilov; Ziva Kolani[†], mother of plaintiffs Anat Azulay and Ortal Azulay; Chana Sefel[†], mother of plaintiff Shani Sefel; Naftali Wechter[†], father of plaintiff Yochai Wechter; Ronen Dahan[†], husband of plaintiff Yelena Dahan and father of plaintiff Maor Dahan*; plaintiff Gadi Azanu, husband of plaintiff Habasta Azanu and father of plaintiffs Simcha Azanu*, Avital Azanu*, Eden Azanu*, and Amir Azanu*; and plaintiff Angela Shemesh.

---

[†] Indicates individual is a plaintiff in *Almog v. Arab Bank*

[2] Additional reports indicate that Hamas claimed responsibility for this attack.

(5)    December 8, 2000:  Hamas gunmen Wael Kamal Jabari, Marwan Muhtaseb, and Rajai Karaki ambush a van near Kiryat Arba, killing two people and injuring one.

The individuals killed are:

(a)    Rina Didovsky.  The plaintiff asserting claims related to and/or arising from this death is Gideon Yechzkely, brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Rina Didovsky.

(b)    Eliyahu Ben-Ami.  The plaintiff asserting claims related to and/or arising from this death is Ester Ben-Ami, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Eliyahu Ben-Ami.

(6)    December 28, 2000:  Thirteen are injured in a series of pipe bomb blasts in Tel Aviv.  Hamas is responsible.

Among those injured is plaintiff Yigal Raichman, husband of plaintiff Nava Raichman and father of plaintiffs Shoval Raichman*, Sheli Raichman*, and Dor Raichman*.

(7)    January 2, 2001:  AAMB gunmen open fire on a vehicle at the Haravata Junction on Route 443, injuring two.

Among those injured is plaintiff Yosef Baruch.

(8)    February 14, 2001:  Hamas[3] terrorist Khalil Muhammad Abu Alba plows a bus into the crowd at the Azour Junction bus stop, killing eight and wounding 25.

Among those injured is plaintiff Noa Smilovich, daughter of plaintiffs Ilana Smilovich and Tuvia Smilovich.

---

[3]  Additional reports indicate that the perpetrator may have been affiliated with PIJ.

(9)    March 28, 2001:  Hamas suicide bomber Fadi Atallah Yusuf Amer blows himself up near a gas station at the Neveh Yamin/Kfar Saba Junction.  Two Israeli civilians are killed and four are wounded.

Among those killed is:

(a)    Eliran Rozenberg.  Plaintiffs asserting claims related to and/or arising from this death are Michal Rozenberg Zayat, mother of decedent; and Hila Zayat*, Shiran Zayat*, Noam Zayat*, Noga Zayat*, and Zeev Zayat*, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Eliran Rozenberg.

Among those injured are plaintiff Hannanel Touito, son of plaintiffs Esther Touito and Haron Touito; and plaintiff Refael Sommer, son of plaintiffs Rachel Sommer, a citizen of Israel and the United Kingdom, and Israel Sommer, a citizen of Israel and Brazil.

(10)    April 3, 2001:  Hamas terrorists fire three mortar shells at Atzmona, wounding three.

Among those injured is Lia Rivka Yered[†], mother of plaintiff Moriah Yered.

(11)    May 8, 2001:  AAMB terrorists with Kalashnikov rifles, among them Muhammad Ghazi Muhammad Yadeq, shoot and kill a man at the Binyamin Farm near Itamar.

The individual killed is:

(a)    Arnaldo Agranionic, a citizen of Israel and Brazil.  The plaintiff asserting claims related to and/or arising from this death is Sarah Agranionic, wife of decedent.  This individual asserts claims individually and/or as representative of the estate of Arnaldo Agranionic.

(12)   May 18, 2001:  Hamas suicide bomber Mahmoud Ahmed Mahmoud Marmash detonates an explosive device strapped to his body at the entrance to the Hasharon Mall in Netanya.  Five Israeli civilians are killed and 86 are wounded.

Among those killed is:

(a)   Vladislav Sorokin, a citizen of Israel and Russia.  Plaintiffs asserting claims related to and/or arising from this death are Olesya Sorokin, a citizen of Israel and Russia and wife of decedent; and Alexander Sorokin*, a citizen of Israel and Russia and son of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Vladislav Sorokin.

Among those injured are plaintiff Olesya Sorokin and her son, plaintiff Alexander Sorokin.

(13)   May 23, 2001:  Palestinian gunmen open fire in an ambush on the road outside Ariel, killing one man.

The individual killed is:

(a)   Asher Eiluz.  Plaintiffs asserting claims related to and/or arising from this death are Amit Eiluz* and Dor Eiluz*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Asher Eiluz.

(14)   May 31, 2001:  An Israeli man is killed in a drive-by shooting by AAMB operatives Muhammad Ibrahim Nimer Naefa and Raed Karmi in the Baqa Sharqia district of Tulkarem.

The individual killed is:

(a)    Zvi Shelef.  The plaintiff asserting claims related to and/or arising from this death is Hana Rosenfeld, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Zvi Shelef.

(15)    June 1, 2001:  Hamas suicide bomber Said Hassan Hussein Hotari blows himself up at the entrance to the Dolphinarium dance club in Tel Aviv.  Most of the youths killed or injured are girls, between the ages of fourteen and eighteen, celebrating their high school graduation.  Two Hamas operatives drive the suicide bomber to the disco, a popular club often packed with Russian immigrant teenagers; he slips unnoticed into line and positions himself among several girls, including a fourteen-year-old who had survived a previous bombing in Netanya.  Then, while flirting with one of the girls, he triggers the explosives.  The blast is so intense that it tears limbs from the victims' bodies, scatters their flesh up to six blocks away, and vaporizes the bomber and the girl next to him.  Twenty-two people are killed and 83 wounded.

Among those killed are:

(a)    Katrin Talker.  Plaintiffs asserting claims related to and/or arising from this death are Gabi Talker, father of decedent; and Eliran Talker and Natalie Talker, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Katrin Talker.

(b)    Jan Blum.  The plaintiff asserting claims related to and/or arising from this death is Yana Blum, daughter of decedent.  This individual asserts claims individually and/or as representative of the estate of Jan Blum.

(c)    Ryisa Nemirovsky, a citizen of Turkmenistan.  Plaintiffs asserting claims related to and/or arising from this death are Nadia Nemirovsky* and Irit Nemirovsky*, siblings

of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Ryisa Nemirovsky.

Among those injured are plaintiffs Maxim Malchenko, Yitzhak Alazraki, and Marina Zipunov.

(16)    September 15, 2001:  AAMB gunman Heitham al-Mutfak Hamdan opens fire on a vehicle traveling on Route 9 in northern Jerusalem, killing one man and injuring another.

The individual killed is:

(a)    Rabbi Meir Weisshaus.  Plaintiffs asserting claims related to and/or arising from this death are Esther Weisshaus, wife of decedent; and Bluma Weisshaus*, daughter of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Meir Weisshaus.

The individual injured is Moshe Weiss[†], husband of plaintiff Esther Weiss and father of plaintiffs Chaya Dvora Weiss*, Yehuda Zvi Weiss*, Yechezkiel Shraga Weiss*, Miriam Rivka Weiss*, and Gittel Weiss.

(17)    October 5, 2001:  An Israeli man is killed in a machine gun ambush near Avnei Hefetz.  Both PIJ and AAMB issue claims of responsibility.

The individual killed is:

(a)    Hananya Ben Avraham.   Plaintiffs asserting claims related to and/or arising from this death are Roie Ben Avraham, Hadas Esther Ben Avraham, Netanel Yair Ben Avraham*, Nuriel Yosef Ben Avraham*, Itaichai Ben Avraham, and Noam Yinon Ben Avraham, children of decedent; Gamar Matuf, mother of decedent; and Nechama Dar, Dror Matuf, Michael Matuf, Rachima Daka, Ketzia Hillel, Yitzhak Matuf, Zion Aviram, and Michal Ben Shlomo, siblings of decedent.  Each of these individuals asserts claims individually and/or

as representative of the estate of Hananya Ben Avraham. Avigail Saieed and Elimelech Shmuel appear solely as legal guardians for plaintiffs Netanel Yair Ben Avraham and Nuriel Yosef Ben Avraham.

(18)    October 28, 2001: PIJ gunmen Nidal al-Jabali and Yusuf Sweitat open fire on a crowd at a bus stop in Hadera, killing five and wounding forty.

Among those killed are:

(a)    Ayala Levy. Plaintiffs asserting claims related to and/or arising from this death are Einat Levy and Shay Levy, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Ayala Levy.

(b)    Linda Marco. Plaintiffs asserting claims related to and/or arising from this death are Shlomit David, Haya Marco, and Moshe Marco, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Linda Marco.

(19)    November 4, 2001: PIJ member Hatem Shweikeh opens fire with a sub-machine gun on a No. 25 Egged bus at the French Hill junction in northern Jerusalem, killing two and wounding 45.

Among those killed is:

(a)    Menashe Regev. The plaintiff asserting claims related to and/or arising from this death is Gideon Regev, father of decedent. This individual asserts claims individually and/or as representative of the estate of Menashe Regev.

Among those injured are Avraham Mendelson[†], father of plaintiffs Gershon Mendelson* and Shoshana Mendelson*; plaintiff Ricky Kleinman, daughter of plaintiffs Joseph Kleinman and Pnina Kleinman; plaintiff Moria Rabi, daughter of plaintiffs Iris Rabi and Moshe Rabi; plaintiff Tzuria Amosi, daughter of plaintiffs Rachel Amosi and Yaakov Amosi; plaintiff

Tzvi Yehuda Goldenberg*, son of plaintiffs David Malcolm Mordechai Goldenberg, a citizen of Israel and Australia, and Avital Goldenberg; plaintiff Miriam Itzhaki, daughter of plaintiffs Moshe Itzhaki and Simcha Itzhaki; plaintiff Tamar Levinson, a citizen of Israel and the United Kingdom and daughter of plaintiffs Brenda Levinson and Stephen Levinson, both citizens of Israel and the United Kingdom; plaintiff Oshra Avitzur, daughter of plaintiffs Judith Avitzur and Chaim Avitzur; plaintiff Naomi Kalfa, a citizen of Israel and Canada and daughter of plaintiff Hezki Kalfa, a citizen of Israel and Canada; and plaintiffs Odelia Abecassis, Rivka Ochion, and Tamar Oziel.

(20)    November 27, 2001:  Abdul Karim Omar Muhammad Abu Na'asa and Mustafa Faisal Abu Sariah, terrorists from PIJ and AAMB, open fire on a crowd at the Central Bus Station in Afula, killing two and injuring fifty.

Among those injured is plaintiff Shoshana Simon.

(21)    December 1, 2001:  Two Hamas suicide bombers, Nabil Mahmoud Halbiya and Osama Eid Baher, detonate explosive devices concealed in bags as well as explosive belts on Ben Yehuda Street in Jerusalem.  Immediately afterwards, a booby-trapped car explodes. Eleven civilians are killed and 170 wounded.

Among those killed are:

(a)    Yossi El Ezra.  Plaintiffs asserting claims related to and/or arising from this death are Mordechai El Ezra and Yael El Ezra, parents of decedent; and Shirley El Ezra and Omer El Ezra, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yossi El Ezra.

(b)  Ido Cohen.  Plaintiffs asserting claims related to and/or arising from this death are Shira Cohen*, Noa Cohen*, and Avishag Cohen*, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Ido Cohen.

(c)  Jacob Israel Danino.  The plaintiff asserting claims related to and/or arising from this death is Sarit Danino, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Jacob Israel Danino.

(d)  Golan Turgeman.  Plaintiffs asserting claims related to and/or arising from this death are Edna Turgeman, mother of decedent; and Orly Turgeman Goldschmidt, Amira Turgeman, Moshe Turgeman, Esther Ifat Sultan, and Avi Turgeman, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Golan Turgeman.

Among those injured are Avyatar Ben Lulu[†], son of plaintiff Talia Ben Lulu; plaintiff Menashe Chamu[†], father of plaintiffs Batsheva Chamu, Esther Chamu*, and Simcha Chamu*; plaintiff Ortal Ganon, daughter of plaintiff Robert Ganon; and plaintiff Sharon Gili Hefetz.

(22)  December 12, 2001:  Three Hamas terrorists, including Assem Yusuf Rihan and Muhammad Rihan, attack a No. 189 Dan bus with a roadside bomb, anti-tank grenades, and light arms fire near the entrance to Emmanuel.  Ten Israeli civilians are killed and thirteen injured.

Among those killed are:

(a)  Avraham Nachman Nitzani.  Plaintiffs asserting claims related to and/or arising from this death are Oded Nitzani and Zila Nitzani, parents of decedent; and Elyakim Natan Nitzani, Dina Granoth, Sarah Lantzer, Naftali Nitzani, David Nitzani, Jacob Moshe Nitzani, Shalom Zion Nitzani, Yoel Nitzani, and Elisha Nitzani, siblings of decedent.  Each of

these individuals asserts claims individually and/or as representative of the estate of Avraham Nachman Nitzani.

(b)    Ester Avram.  Plaintiffs asserting claims related to and/or arising from this death are Avishay Yesaia and Moshe Yesaia, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Ester Avram.

(c)    Yair Amar.  The plaintiff asserting claims related to and/or arising from this death is Ora Amar, mother of decedent.  This individual asserts claims individually and/or as representative of the estate of Yair Amar.

Among those injured are plaintiff Chana Sieradzki*, daughter of plaintiffs Zeev Sieradzki and Yehudit Sieradzki; plaintiff Eliyahu Nachman Klein*, son of plaintiff Yardena Klein; plaintiff Moshe Hagiel, son of plaintiff Efrat Hagiel; and plaintiffs Uriel Zadok and Dvora Zarfati[†].

(23)    January 17, 2002:  AAMB gunman Abdul Salaam Sadek Hasouna opens fire on a crowd at a bat mitzvah reception in Hadera.  Six are killed and 35 injured.

Among those killed is:

(a)    Dina Binayev, a citizen of Israel and Russia.  Plaintiffs asserting claims related to and/or arising from this death are Entele Binayev, a citizen of Israel and Russia and mother of decedent; and Madeleina Gavrielov, Mina Binayev, Sarah Yochananov, Nina Nasimov, Jacob Binayev, and Avraham Binayev, all citizens of Israel and Russia and siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Dina Binayev.

Among those injured are Yiftach Gavrilov[†] and his wife, plaintiff Ina Gavrilov, parents of plaintiffs Tanya Gavrilov*, Orna Gavrilov*, and Alon Gavrilov*.

(24)    February 25, 2002:  A young Israeli is wounded in an AAMB drive-by shooting near the Zif Junction south of Hebron.

The individual injured is plaintiff Mordechai Strock, son of plaintiffs Orit Strock and Avraham Strock.

(25)    March 2, 2002:  AAMB suicide bomber Muhammad Ahmed Abdul Rahman Daraghmeh blows himself up near a *yeshiva* in the ultra-Orthodox Beit Yisrael neighborhood in the center of Jerusalem, where people are gathered for a bar-mitzvah celebration.  Ten are killed and fifty others injured.

Among those killed are:

(a)    Lidor Ilan.  The plaintiff asserting claims related to and/or arising from this death is Noy Ilan\*, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Lidor Ilan.

(b)    Oriya Ilan.  The plaintiff asserting claims related to and/or arising from this death is Noy Ilan\*, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Oriya Ilan.

(c)    Jacob Avraham Eliyahu.  The plaintiff asserting claims related to and/or arising from this death is Shira Eliyahu\*, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Jacob Avraham Eliyahu.

(d)    Tzafia Eliyahu.  Plaintiffs asserting claims related to and/or arising from this death are Shira Eliyahu\*, daughter of decedent; and Dorian Goita\* and Elinor Goita\*, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Tzafia Eliyahu.

(e)     Shuli Nehamed.  Plaintiffs asserting claims related to and/or arising from this death are Bosmat Nehamed\*, Sarah Nehamed\*, and Shmuel Nehamed\*, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Shuli Nehamed.

(f)     Eliyahu Nehamed.  Eliyahu Nehamed was critically wounded in the Beit Yisrael bombing and succumbed to his wounds three months later.  Plaintiffs asserting claims related to and/or arising from this death are Dahlia Nehamed[†] and Ezra Nehamed[†], parents of decedent; and Bosmat Nehamed\*, Sarah Nehamed\*, and Shmuel Nehamed\*, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Eliyahu Nehamed.

(g)     Shlomo Nehamed.  The plaintiff asserting claims related to and/or arising from this death is Ezra Nehamed[†], brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Shlomo Nehamed.

(h)     Gafnit Nehamed.  Plaintiffs asserting claims related to and/or arising from this death are Ezra Nehamed[†], Nava Klein, Hemda Levi, Yaakov Zelekata, and Hana Zelekata, siblings of decedent.   Each of these individuals asserts claims individually and/or as representative of the estate of Gafnit Nehamed.

(i)     Shiraz Nehamed.  Plaintiffs asserting claims related to and/or arising from this death are Ezra Nehamed[†], Nava Klein, Hemda Levi, Yaakov Zelekata, and Hana Zelekata, aunts and uncles of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Shiraz Nehamed.

(j)     Liran Nehamed.  Plaintiffs asserting claims related to and/or arising from this death are Ezra Nehamed[†], Nava Klein, Hemda Levi, Yaakov Zelekata, and Hana Zelekata,

aunts and uncles of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Liran Nehamed.

Among those injured are Zvi Aharon[†], father of plaintiffs Hadas Aliza Aharon*, Elisheva Aharon*, Hodaya Aharon*, Shira Aharon*, Tehila Aharon*, and Noam Aharon*; Solomon Cohen[†], husband of plaintiff Ruth Cohen and father of plaintiffs Nissim Cohen*, Shulamit Cohen*, Leah Cohen*, Esther Cohen*, and Simcha Tzorfati; Liora Tedgi[†] and plaintiff Nissim Tedgi, parents of plaintiffs Sarah Mayer, Oz Chaim Tedgi, Meir Tedgi*, Yehonatan Tedgi*, Shlomo Tedgi*, Shulamit Tedgi*, Idit Meirav Tedgi*, and David Tedgi*; plaintiff Yechiel Bornstein, husband of plaintiff Nechama Bornstein and father of plaintiffs Nachman Mordechai Bornstein*, Natan Bornstein*, Naftali Bornstein*, and Yarden Bornstein*; and plaintiffs Yehuda Markowitz, Bat-El Hagby, and Zion Dahan*.

(26)    March 5, 2002:  AAMB terrorist Ibrahim Hasouna opens fire on two adjacent restaurants in Tel Aviv, killing three and wounding over thirty.

Among those injured are plaintiff Vadim Moroz, husband of plaintiff Olga Moroz and father of plaintiffs Adam Moroz* and Michelle Moroz*; plaintiff Michal Gruber, daughter of plaintiffs Miriam Gruber and Israel Gruber; and plaintiffs Leon Gorenstein, Noa Hofstetter, and Hagay Youdai.

(27)    March 9, 2002:  Two AAMB gunmen, Said Abdul Hafiz al-Bata and Shadi Ali al-Najmi, open fire on a promenade near the Jeremy Hotel in Netanya, killing two and injuring fifty more.

Among those injured are Hanna Avraham[†] and Shlomo Avraham[†], parents of plaintiffs Amalya Partok, Kobi Avraham, Natan Avraham, Ran Avraham, and Rinat Avraham; Amnon Aharoni[†], father of plaintiff Reut Aharoni; Shimon Barzilay[†] and Efrat Barzilay[†], parents of

69

plaintiffs Shirel Barzilay, Yael Barzilay\*, Inbal Barzilay\*, and David Barzilay\*; Miriam Ozeri[†] and Moshe Ozeri[†], parents of plaintiffs Mor Ozeri\* and Maya Ozeri\*; Bracha Ozeri[†], mother of plaintiff Ehud Ozeri; Batsheva Sohar[†], mother of plaintiffs Doron Sohar and Chen Sohar\*; and plaintiffs Yinon Ozeri and Noam Ozeri\*.

(28)    March 9, 2002:   Hamas suicide bomber Fuad Horani detonates an explosive device strapped to his body at the entrance to Cafe Moment in Jerusalem.   Eleven Israeli civilians are killed and 58 wounded.

Among those killed are:

(a)    Dan Imani.  The plaintiff asserting claims related to and/or arising from this death is Koresh Imani, brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Dan Imani.

(b)    Tali Eliyahu.  The plaintiff asserting claims related to and/or arising from this death is Elana Kalif, sister of decedent. This individual asserts claims individually and/or as representative of the estate of Tali Eliyahu.

Among those injured is Shely Gabay[†], daughter of plaintiffs Shoshi Gabay and Moti Gabay.

(29)    March 21, 2002:   AAMB suicide bomber Muhammad Hashaika blows himself up in the center of a crowd of shoppers on King George Street in Jerusalem, killing three people and wounding eight.

Among those injured are plaintiff Sinai Zaken, husband of plaintiff Yonit Mikdash-Zaken; and plaintiff Yosef Yaakovian.

(30)    March 27, 2002:  Hamas suicide bomber Abdul Baset Mahmoud al-Awdah blows himself up with an explosive belt during a Passover seder at the Park Hotel in Netanya.  29 Israeli civilians are killed and 144 injured.

Among those killed are:

(a)    Edith Annemarie Fried.  Plaintiffs asserting claims related to and/or arising from this death are Tom Eran Fried and Shirley Fried-Buchbut, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Edith Annemarie Fried.

(b)    Andre Stephan Fried.  Plaintiffs asserting claims related to and/or arising from this death are Tom Eran Fried and Shirley Fried-Buchbut, children of decedent; and Peter Fried, brother of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Andre Stephan Fried.

(c)    Anna Yakobovitz.  The plaintiff asserting claims related to and/or arising from this death is Peter Fried, son of decedent.  This individual asserts claims individually and/or as representative of the estate of Anna Yakobovitz.

(d)    Ami Hamami.  The plaintiff asserting claims related to and/or arising from this death is Yotam Hamami, son of decedent.  This individual asserts claims individually and/or as representative of the estate of Ami Hamami.

(e)    Furuk Naimi.  Plaintiffs asserting claims related to and/or arising from this death are Moshe Naimi and Fariba Naimi, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Furuk Naimi.

(f)     Pesya Huber.  The plaintiff asserting claims related to and/or arising from this death is Moshe Huber[†], husband of decedent.  This individual asserts claims individually and/or as representative of the estate of Pesya Huber.

Among those injured are Karina Goplov[†], mother of plaintiffs Daniel Goplov* and Nikita Goplov; Galina Vashbein[†], mother of plaintiff Vladimir Vashbein*; plaintiff Dror Itzhaki*, son of plaintiffs Natali Itzhaki and Tal Itzhaki.  Plaintiffs Tom Eran Fried and Shirley Fried-Buchbut appear as representatives of injured plaintiff Estate of Elizabeth Bein.

(31)     March 30, 2002:  AAMB suicide bomber Muhannad Salahat detonates in a busy coffee shop on Allenby Street in Tel Aviv.  At least twenty are injured, including plaintiff Julie Guedj, a citizen of Israel and France and daughter of plaintiffs Jean Guedj and Liliane Guedj, both citizens of Israel and France; and plaintiffs Hilla Kleinbort and David Tishbi.

(32)     April 12, 2002:  Andaleeb Takafka, a female AAMB suicide bomber, blows herself up at a bus stop on Jaffa Road at the entrance to Jerusalem's Mahane Yehuda open-air market, killing six people and injuring 104.

Among those killed is:

(a)     Suheila Hushi.  Plaintiffs asserting claims related to and/or arising from this death are Rivka Torbati and Orit Hushi*, children of decedent; Benayahu Meirzada and Torian Meirzada, parents of decedent; and Soriya Meirzada, Rozita Meirzada, Said Meirzada, and Albert Meirzada, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Suheila Hushi.

Among those injured are plaintiff Shimon Levi, husband of plaintiff Aliza Levi and father of plaintiffs Reuven Yitzhak Levi, Meir Yisroel Levi, Tehila Shifra Levi, Oshrit Levi, and Shmuel Levi; and plaintiffs Michael Sfedj, Mimi Weitzman, and Gideon Nachum.

(33)    May 7, 2002:  A Hamas suicide bomber, believed to be Muhammad Jamil Ahmed Muamar, detonates an explosive belt and an additional explosive device, carried in a bag, at a snooker club in Rishon Lezion.  Seventeen Israeli civilians are killed and sixty are wounded.

Among those killed is:

(a)    Edna Cohen.  Plaintiffs asserting claims related to and/or arising from this death are Efrat Eliyahu, Sharon Cohen, Moshe Cohen, and Marie Alfan, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Edna Cohen.

(34)    May 12, 2002:  An Israeli man is shot and killed by his Palestinian employee in Gush Katif.

The individual killed is:

(a)    Nisun Dolinger.  Plaintiffs asserting claims related to and/or arising from this death are Yaniv Dolinger, Meirav Dolinger, Bella Dolinger, Iyar Dolinger*, Eden Dolinger*, and Michael Dolinger, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Nisun Dolinger.

(35)    May 19, 2002: Disguised as a soldier, PFLP[4] suicide bomber Osama Bushkar blows himself up in the market in Netanya, killing three people and injuring 59.

Among those killed is:

(a)    Arkadi Vizelman.  Plaintiffs asserting claims related to and/or arising from this death are Rinat Vizelman and Shulamit Alexandra Vizelman, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Arkadi Vizelman.

---

[4] Additional reports indicate the perpetrator may have been affiliated with Hamas.

Among those injured are Hananya Vanunu[†], husband of plaintiff Toni Vanunu; Yoseph Chaouat[†], husband of plaintiff Jacqueline Chaouat; and Vito Nagar[†], father of plaintiffs Elinor Nagar*, Daniel Nagar*, Lior Nagar*, and Yosef Chaim Nagar*.

(36)    May 28, 2002: An AAMB gunman infiltrates Itamar and opens fire on a group of boys playing basketball. Three are killed and two others wounded.

Among those killed is:

(a)    Gilad Stiglitz. The plaintiff asserting claims related to and/or arising from this death is Ya'akov Stiglitz, father of decedent. This individual asserts claims individually and/or as representative of the estate of Gilad Stiglitz.

(37)    June 18, 2002: Hamas suicide bomber Muhammad al-Ghoul detonates an explosives-laden bag on a bus traveling along Dov-Yosef Street in the Gilo neighborhood of Jerusalem. Nineteen civilians are killed and fifty others wounded.

Among those killed are:

(a)    Rachamim Tzadkiyahu. Plaintiffs asserting claims related to and/or arising from this death are Hana Tzadkiyahu, Dror Tzadkiyahu, and Ron Tzadkiyahu, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Rachamim Tzadkiyahu.

(b)    Shani Avi-Zedek. Plaintiffs asserting claims related to and/or arising from this death are Bella Avi-Zedek, mother of decedent; and Nadav Avi-Zedek*, Or Moshe Avi-Zedek*, and Liron Avi-Zedek, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Shani Avi-Zedek.

Among those injured are Yelena Palgov[†], mother of plaintiffs Arsani Palgov and Constantin Palgov*; plaintiff Avi Azulay, husband of plaintiff Yafa Azulay; and plaintiff Yoni Yagen.

(38)    June 19, 2002:  Suicide bomber Said Awadeh blows himself up at a crowded bus stop and hitchhiking post at the French Hill intersection in northern Jerusalem.  Six people are killed in the attack and fifty injured.  Hamas and AAMB claim responsibility for the attack.

Among those killed are:

(a)    Noa Alon.  Plaintiffs asserting claims related to and/or arising from this death are Pnina Aizenman[†], daughter of decedent; Miriam Glasner and Arye Glasner, parents of decedent; and Daniel Glasner and Moshe Glasner, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Noa Alon.

(b)    Gal Aizenman.  The plaintiff asserting claims related to and/or arising from this death is Pnina Aizenman[†], mother of decedent.  This individual asserts claims individually and/or as representative of the estate of Gal Aizenman.

(c)    Shmuel Efraim Yerushalmi.  Plaintiffs asserting claims related to and/or arising from this death are Haya Yerushalmi and Avraham Yerushalmi, parents of decedent; and Hadassa Yerushalmi, Hana Yerushalmi, Yossef Haim Yerushalmi, Shulamit Miriam Yerushalmi, Elchanan Israel Yerushalmi, Benaya Yoel Yerushalmi, and Bracha Rachel Yerushalmi, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Shmuel Efraim Yerushalmi.

(d)    Gila Sara Kessler.  Plaintiffs asserting claims related to and/or arising from this death are Shalom Kessler and Klila Kessler, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Gila Sara Kessler.

Ezra Kessler and Fortouna Brigitte Kessler both appear in *Coulter v. Arab Bank* and appear here solely as representatives of plaintiff Estate of Gila Sara Kessler.

Among those injured are Aharon Gozlan[†], husband of plaintiff Shira Gozlan and father of plaintiffs Daniel Gozlan*, Hodaya Gozlan, and Yonatan Gozlan*; plaintiff Pnina Salomon and her son, plaintiff Orel Salomon*; plaintiff Shaul Mandelkorn, son of plaintiff Nurit Mandelkorn; plaintiff Esther Desta, mother of plaintiffs Nechama Rina Desta* and Shifra Bosmat Desta*; and plaintiff Zehavit Wiexelbaum, wife of plaintiff David Wiexelbaum and mother of plaintiffs Chen Yaffa Wiexelbaum* and Michal Wiexelbaum*.

(39)    June 20, 2002:  A terrorist enters Itamar, south of Nablus, and shoots and kills five. Two other children and two soldiers are also injured in the attack. The PFLP and AAMB claim responsibility.

The individuals killed are:

(a)    Yosef Ya'akov Touitou.  Plaintiffs asserting claims related to and/or arising from this death are Rachel Touitou, wife of decedent; Yardena Touitou*, Elinor Simcha Touitou*, Nachal Elazar Touitou*, Bat Nadiv Touitou*, and Shar Shalom Touitou*, children of decedent; and Uriel Touitou and Atira Shamir, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yosef Ya'akov Touitou.

(b)    Rachel Shabo.  Plaintiffs asserting claims related to and/or arising from this death are Ayelet Orlansky, mother of decedent; and Zion Shabo, brother of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Rachel Shabo.

The individuals injured are plaintiffs Asael Shabo[†] and Aviyah Shabo[†].

(40)     July 16, 2002: Hamas terrorists, including Asem Asida and Nasser Asida attack a No. 189 Dan bus traveling from Bnei Brak to Emmanuel, detonating an explosive charge next to the bus while terrorists disguised in IDF uniforms wait in ambush and open fire on the bus. The attack is carried out by the same Hamas cell that perpetrated a similar attack on Emmanuel on December 12, 2001. Nine people are killed in the attack and twenty injured.

Among those killed are:

(a)     Keren Kashani. The plaintiff asserting claims related to and/or arising from this death is Yitzhak Kashani*, son of decedent. This individual asserts claims individually and/or as representative of the estate of Keren Kashani.

(b)     Infant Weinberg. After term-pregnant Yehudit Weinberg was injured in the attack, her baby was delivered via an emergency Cesarean section. The child underwent urgent treatment, but lived only eight hours. Plaintiffs asserting claims related to and/or arising from this death are Yehudit Weinberg and Zvi Aryeh Weinberg, parents of decedent; and Shlomo Noah Weinberg*, brother of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Infant Weinberg.

Among those injured are Arie Davidi[†], father of plaintiff Moran Schwartz; plaintiffs Ruchama Alter and Hodaya Malka, daughters of plaintiffs Esther Hayun and Ezra Hayun; plaintiff Yoav Ben Abu, husband of plaintiff Oshrat Ben Abu and father of plaintiffs Shir Ben Abu*, Shalom Ben Abu*, and Mishel Ben Abu*; plaintiff Naomi Binenstock, daughter of plaintiffs Naftali Binenstock and Yehudit Binenstock; plaintiff Yehudit Weinberg, wife of plaintiff Zvi Aryeh Weinberg and mother of plaintiff Shlomo Noah Weinberg*; plaintiff Eldar Tairy, son of plaintiffs Ahuva Tairy and Yehezkel Tairy; plaintiff Uriel Litvak, a citizen of Israel

and Argentina and son of plaintiff Miriam Litvak; and plaintiffs Refael Ben Dakon and Natalia Polyak.

(41)    July 17, 2002:  Tandem suicide bombings carried out by Ibrahim Naji Walwil and Muhammad Ismail Atallah rock Tel Aviv's Neve Sha'anan Street, killing three and injuring thirty.  The attacks are a joint operation conducted by AAMB and PIJ.

Among those injured is plaintiff Efraim Alony.

(42)    July 31, 2002: A bomb planted by Hamas operative Muhammad Odeh explodes in the Frank Sinatra student center on the Hebrew University's Mt. Scopus campus, killing nine people and injuring 85.

Among those killed is:

(a)    Levina Shapira.  The plaintiff asserting claims related to and/or arising from this death is Uri Shapira, son of decedent.  This individual asserts claims individually and/or as representative of the estate of Levina Shapira.

(43)    August 4, 2002:  Ibrahim al-Saou, a pistol-wielding AAMB[5] terrorist, opens fire near the Damascus Gate of Jerusalem's Old City, killing two and wounding seventeen more.

Among those injured are plaintiff Eitan Deri, husband of plaintiff Aliza Deri and father of plaintiffs Raz Deri*, Shahar Deri*, and Shlomo Deri*; and plaintiff Eliyahu Derly, husband of plaintiff Shoshana Derly and father of plaintiffs Oshri Derly, Bat El Derly*, Shachar Derly*, and Ori Derly*.

(44)    August 4, 2002: Hamas suicide bomber Jihad Khaled Hamada detonates an explosive device strapped to his body while on a bus traveling near Mt. Meron in northern Israel. Nine Israeli civilians and 48 wounded.

---

[5] Additional reports indicate the perpetrator may have been affiliated with Hamas.

Among those killed are:

(a)    Marlin Menachem.  Plaintiffs asserting claims related to and/or arising from this death are Bruria Menachem, mother of decedent; and Karin Menachem, Stefani Menachem, and Yehuda Menachem, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Marlin Menachem.

(45)    October 20, 2002:  A Hamas sniper shoots and kills an Israeli in Gush Katif.

The individual killed is:

(a)    Keivan Cohen.  Plaintiffs asserting claims related to and/or arising from this death are Yaakov Cohen, father of decedent; and Linoy Cohen, Eitan Cohen, and Eran Cohen, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Keivan Cohen.

(46)    October 21, 2002: PIJ suicide bombers Ashraf al-Asmar and Muhammad Hassanain drive a jeep containing approximately 100 kilograms of explosives up to a No. 841 Egged bus, pulled over at a bus stop while traveling along Wadi Ara on Route No. 65 towards Hadera, and explodes.  Fourteen people are killed and fifty others wounded.

Among those killed are:

(a)    Ayman Sharuf.  Plaintiffs asserting claims related to and/or arising from this death are Samuh Sharuf and Aliyah Sharuf, parents of decedent; and Salman Sharuf, Kysar Sharuf, Sharuf Sharuf, and Mahruf Sharuf, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Ayman Sharuf.

(b)    Suad Jaber.  Plaintiffs asserting claims related to and/or arising from this death are Rasmi Jaber and Nazmiyah Jaber, parents of decedent; and Haneen Haj-Yahia, Abed

Jaber, and Sabreen Jaber, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Suad Jaber.

(c)    Iris Lavi. Plaintiffs asserting claims related to and/or arising from this death are Ayala Gobi, Efraim Lavi, and Baruch Lavi, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Iris Lavi.

Among those injured are Chaim Avraham[†], father of plaintiff Lior Avraham; plaintiff Netanel Hen, father of plaintiff Ravid Hen, and his children, plaintiffs Noam Hen*, Eden Hen*, and Hadar Hen*; plaintiff Meir Kassus, husband of plaintiff Dalya Kassus; and plaintiff Meny Landow, son of plaintiffs Yakov Landow and Hana Landow.

(47)    October 27, 2002: Hamas[6] suicide bomber Muhammad Faisal al-Bustami kills three and wounds several others at a gas station in Ariel.

Among those killed are:

(a)    Tamir Masad. Plaintiffs asserting claims related to and/or arising from this death are Orly Masad, wife of decedent; and Roei Masad, Guy Masad*, and Dan Masad*, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Tamir Masad.

(b)    Amihud Hasid. Plaintiffs asserting claims related to and/or arising from this death are Orly Hasid, wife of decedent; and Dvir Hasid*, Michal Hasid*, Daniel Hasid*, Doron Hasid*, and Tomer Hasid*, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Amihud Hasid.

Among those injured are plaintiff Elazar Biton, husband of plaintiff Margalit Biton and father of plaintiffs Shimon Ilan Cohen-Biton, Yair Zion Cohen-Biton, Natan Cohen-Biton, Izak

---

[6] Additional reports indicate that AAMB claimed responsibility for this attack.

Cohen-Biton*, Liza Cohen-Biton*, Yaakov Biton*, Danielle Biton*, and Yarden Biton*; and plaintiff Daniel Ayash, a citizen of Israel and Brazil.

(48)    November 15, 2002: PIJ militants Diab Muhammad Abdel Muti Muhtaseb, Akram Abdel Muhsin al-Hanini, and Walaa Hashem Daoud Surur open fire and throw grenades at a crowd in Kiryat Arba, killing twelve and wounding fifteen.

Among those killed are:

(a)    Alexandre Dukhon.  Plaintiffs asserting claims related to and/or arising from this death are Rivka Dukhon, a citizen of Israel and France and wife of decedent; and Yehuda Dukhon*, Eliyahu Dukhon*, Yochai Dukhon*, Tehila Dukhon*, all citizens of Israel and France and children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Alexandre Dukhon.

(b)    Yitzhak Buanish.  Plaintiffs asserting claims related to and/or arising from this death are Rivka Buanish, wife of decedent; and Hadva Buanish, Noa Buanish*, Yehuda Buanish, Naomi Buanish, Yohai Buanish*, Oz Buanish*, and Mayan Buanish, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yitzhak Buanish.

Among those injured are David Achour[†], father of plaintiffs Israel Achour, Keren Or Achour, Miriam Tivka Achour, and Shlomo Achour; plaintiff Alexander Kogen, husband of plaintiff Marina Kogen; and plaintiff Yosef Zarmon, husband of plaintiff Shoshana Zarmon and father of plaintiffs Yitzhak Zarmon, Sarit Zarmon, and Miriam Zarmon*.

(49)    November 18, 2002:  Hamas terrorists shoot and kill an Israeli woman as she drives home from work on the Alon Highway, near Rimonim Junction.

The individual killed is:

(a)     Esther Galia.   Plaintiffs asserting claims related to and/or arising from this death are David Alexander Galia, husband of decedent; and Yinon Galia, Ayelet Hashahar Galia, Moria Galia*, Emuna Galia, Tehila Galia, Aviad Galia, and Shira Galia, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Esther Galia.

(50)     November 21, 2002: Hamas suicide bomber Na'il Azmi Abu Halil detonates an explosive belt on the No. 20 Egged bus on Mexico Street in Jerusalem. Eleven Israelis are killed and fifty more wounded.

Among those killed are:

(a)     Hodaya Assaraf.  Plaintiffs asserting claims related to and/or arising from this death are Shlomit Assaraf and Yosi Assaraf, parents of decedent; and Keren Assaraf, sister of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Hodaya Assaraf.

(b)     Michael Sharshevsky.  The plaintiff asserting claims related to and/or arising from this death is Eugenia Gindin[†], sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Michael Sharshevsky.

Among those injured are Eti Poni[†], mother of plaintiff Asaf Poni*; Malka Deri[†], mother of plaintiffs Ortal Deri, Saphir Deri*, and Liron Deri*; plaintiff David Aruas, husband of plaintiff Sara Aruas and father of plaintiffs Rachel Aruas and Yosef Aruas; plaintiff Yamit Levi, mother of plaintiffs Hila Dayan*, Shimon Levi*, and Reut Levi*; and plaintiffs Aloma Mikitan and Larisa Barkon.

(51)    November 28, 2002:    AAMB terrorists Omar Muhammad Abu al-Rob and Muhammad Ragheb Abu al-Rob open fire on a polling station in Beit She'an, killing six and wounding more than twenty.

Among those killed are:

(a)    Saul Silberstein.  Plaintiffs asserting claims related to and/or arising from this death are Sharon Silberstein* and Sivan Silberstein*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Saul Silberstein.

(b)    Moti Avraham.  Plaintiffs asserting claims related to and/or arising from this death are Sivan Avraham, Danielle Avraham, Lior Avraham*, and Li-Hen Avraham*, children of decedent.    Each of these individuals asserts claims individually and/or as representative of the estate of Moti Avraham.

(c)    Haim Amar.  Plaintiffs asserting claims related to and/or arising from this death are Susan Amar, wife of decedent; and Tamar Attiyah, Inbal Amar, Shlomo Amar, and Moshe Ofir Amar, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Haim Amar.

Among those injured are plaintiff Yaffa Mizrahi, mother of plaintiff Bat El Mizrahi.

(52)    January 5, 2003: A suicide bombing by the AAMB at the Egged Central Bus Station in Tel Aviv, perpetrated by Samer Imad al-Nuri and Buraq Rifaat Khalifa, kills 23 and injures over 100 others.

Among those killed are:

(a)    Victor Shubaev.  Plaintiffs asserting claims related to and/or arising from this death are Ilena Shubaev, wife of decedent; and Viktoria Bikor and Vlada Slinko, both

citizens of the Ukraine and children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Victor Shubaev.

(b)     Hana Haimov.  The plaintiff asserting claims related to and/or arising from this death is Eliezer Haimov, son of decedent.  This individual asserts claims individually and/or as representative of the estate of Hana Haimov.

(c)     Amiram Zmora.  Plaintiffs asserting claims related to and/or arising from this death are Guy Zmora and Niv Zmora, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Amiram Zmora.

Among those injured are Yossef Hannania[†], brother of plaintiff Smadar Hannania; and plaintiff Yossef Ederi.

(53)    March 5, 2003: Hamas suicide bomber Mahmoud Imran Salim al-Qawasmeh blows himself up on the No. 37 bus on Moriah Street in Haifa.  Fifteen Israeli civilians are killed and 53 wounded.

Among those killed are:

(a)     Anatoly Birioukov, a citizen of Russia.  Plaintiffs asserting claims related to and/or arising from this death are Vladimir Birioukov, father of decedent; and Tamara Birioukov, sister of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Anatoly Birioukov.

(b)     Eli Laham.  The plaintiff asserting claims related to and/or arising from this death is Liad Laham*, brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Eli Laham.

(c)    Elizabeth Katsman.  The plaintiff asserting claims related to and/or arising from this death is Marina Katsman, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Elizabeth Katsman.

(d)    Yuval Mendellevich.  Plaintiffs asserting claims related to and/or arising from this death are Hagit Mendellevich, mother of decedent; and Michal Mendellevich and Omri Mendellevich, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yuval Mendellevich.

Among those injured are plaintiffs Marwan Damouni and Sol Even-Zur.

(54)    April 15, 2003:  Hamas gunman Muhammad Khanil Yunus opens fire at the Karni Crossing, killing two and injuring four.

Among those killed is:

(a)    Zachar Hanukayev.  Plaintiffs asserting claims related to and/or arising from this death are Hannah Hanukayev, wife of decedent; and Vadim Hanukayev, Mazal Tov Hanukayev*, and Vachislav Hanukayev*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yuval Mendellevich.

Among those injured is Chodik Davidov[†], father of plaintiffs Elizabeth Davidov, Hadassah Davidov*, and Vladislav Davidov.

(55)    April 30, 2003:  Asif Mohammed Hanif perpetrates a bombing at Mike's Place, a popular beachside pub in Tel Aviv, which kills two and injures over fifty others.  Hamas and AAMB claim responsibility.

Among those killed is:

(a)     Yanay Weiss.  The plaintiff asserting claims related to and/or arising from this death is Asher Weiss, brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Yanay Weiss.

Among those injured are Golan Noy[†], son of plaintiffs Sylvia Zvia Betlitim and Shimon Betlitim; and Avraham Tabib[†], son of plaintiffs Aviva Tabib and Yehuda Tabib.

(56)     May 18, 2003:  Hamas suicide bomber Bassem Jamil Takrouri explodes on the No. 6 Egged bus near French Hill in Jerusalem.  Seven are killed and twenty wounded.

Among those killed is:

(a)     Yitzhak Moyal.  Plaintiffs asserting claims related to and/or arising from this death are Rina Moyal, wife of decedent; Liora Lugasi, Sharon Moshe Moyal, Sarit Freberd, David Moyal, Yuval Moyal, and Nissim Moyal, children of decedent; Zohara Moyal, mother of decedent; and Miriam Azulai, Avraham Moyal, Benjamin Moyal, Rachel Dahan, Tamar Ben David, Machlouf Moyal, Masoudi Ohayon, Fanny Nachmani, and Aliza Ben Chaim, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yitzhak Moyal.

(57)     August 12, 2003:  AAMB suicide bomber Khamis Juran carries out an attack on a shopping mall in Rosh Ha'ayin, killing a man and wounding several others.

The individual killed is:

(a)     Yechezkel Yekutieli.  Plaintiffs asserting claims related to and/or arising from this death are Dalit Yafa Yekutieli, wife of decedent; and Shani Mazal Yekutieli* and Netanel Yekutieli*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Yechezkel Yekutieli.

(58)     August 19, 2003:  Raed Abdul Hameed Misk, a Hamas suicide bomber dressed in

the garb of an orthodox Jew, boards a No. 2 Egged bus in Jerusalem and detonates himself, killing 23 and wounding 133.

Among those killed are:

(a)     Menachem Lebel. The plaintiff asserting claims related to and/or arising from this death is Eliyahu Lebel*, brother of decedent. This individual asserts claims individually and/or as representative of the estate of Menachem Lebel.

(b)     Lilach Kardi. Plaintiffs asserting claims related to and/or arising from this death are Shmuel Kardi, husband of decedent; and Chaim Kardi*, son of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Lilach Kardi.

(c)     Ya'akov Yissachar Binder. Plaintiffs asserting claims related to and/or arising from this death are Hadassah Binder and Nechama Binder*, children of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Ya'akov Yissachar Binder.

(d)     Miriam Eisenstein. Plaintiffs asserting claims related to and/or arising from this death are Shifra Eisenstein*, Esther Eisenstein*, and Yisroel Eisenstein, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Miriam Eisenstein.

(e)     Shmuel Zargari. Plaintiffs asserting claims related to and/or arising from this death are Esther Zargari*, Michael Zargari, Moshe Zargari, Netanel Zargari*, and Avigail Zargari*, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Shmuel Zargari.

(f)     Semuel Walner. Plaintiffs asserting claims related to and/or arising from

this death are Shlomo Walner and Leah Cohen, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Semuel Walner.

      (g)    Fayge Dishinski. Plaintiffs asserting claims related to and/or arising from this death are Moshe Gross, stepfather of decedent; and Shlomo Chaim Binder and Pinchas Binder, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Fayge Dishinski.

      (h)    Rachel Weitz. The plaintiff asserting claims related to and/or arising from this death is Mordechai Lieder, brother of decedent. This individual asserts claims individually and/or as representative of the estate of Rachel Weitz.

      (i)    Liba Schwartz. The plaintiff asserting claims related to and/or arising from this death is Aharon Schwartz, a citizen of Israel and Canada and son of decedent. This individual asserts claims individually and/or as representative of the estate of Liba Schwartz.

Among those injured are Amihai Nisan Dgani[†], son of plaintiffs Dalia Dgani and David Dgani; Miriam Gerbi[†], mother of plaintiffs Galia Gerbi*, Rivka Gerbi* and Asher Yosef Gerbi*; David-Hay Laury[†], husband of plaintiff Margalit Laury and father of plaintiffs Maor Laury, Yisroel Laury*, Sarah Laury*, Odelia Laury*, and Neuri Laury*; Ami Ben Tzion[†], father of plaintiffs Rivka Ben Tzion* and Esther Ben Tzion*; plaintiff Yaffa Vicefish[†], mother of plaintiffs Tzvi Aryeh Vicefish, Shlomo Zalman Vicefish*, Mordechai Vicefish*, David Vicefish*, and Avraham Yeshayahu Vicefish*; plaintiff Batsheva Naava Rosenthal, wife of plaintiff Ezra Chaim Rosenthal and mother of plaintiffs Fayge Rosenthal*, Moshe Arie Rosenthal*, Haya Shifra Rosenthal*, Mordechai Rosenthal*, and Yossef Meir Rosenthal*; plaintiff Golda Fraster Sharf, wife of plaintiff Shmuel Sharf, and her mother, plaintiff Bracha Miriam Fraster, wife of plaintiff Aharon Fraster and mother of plaintiffs Avigdor Izak Fraster,

Haim Elimelech Fraster*, Avraham Yossef Fraster*, Nissan Moshe Fraster*, Raitzi Fraster*, Esther Faige Fraster*, and David Arie Fraster*; plaintiff Yechiel Bornstein, husband of plaintiff Nechama Bornstein and father of plaintiffs Yarden Bornstein*, Nachman Mordechai Bornstein*, Natan Bornstein*, and Naftali Bornstein*; plaintiff Nachman Shimon Lebel, husband of plaintiff Chana Lebel and father of plaintiff Esther Lebel*; plaintiffs Matanya Nathansen and Sara Nathansen*, children of plaintiffs Peracha Nathansen, a citizen of Israel and the Netherlands, and Yitzchak Nathansen and siblings of plaintiffs Chaim Nathansen, Yosef Dov Nathansen, Gittel Balanson, Batsheva Rosenfeld, Asher Nathansen, Yehuda Nathansen, and Yehoshua Zelig Nathansen; plaintiff Nava Zargari[†] and her son, plaintiff Netanel Zargari*; and plaintiffs Avraham Azulai, Nir Falek, Sarah Bar Or, Yosef Bar Or, Naomi Bar Or, Rivka Bar Or, Ynon Bar Or*, Bat Sheva Bar Or*, Elchan Bar Or*, Itschak Bar Or*, Yair Ben Tzion*, Shmuel Ben Tzion*, Yisroel Ben Tzion* and Rivka Vicefish.

(59)    September 9, 2003:  Eight young Israelis are killed and fourteen wounded in a Hamas suicide bombing at a bus stop near Tel Aviv.  The attacker is Ihab Abdul Qader Mahmoud Abu Salim. The explosion blasts human remains 20 feet on the underside of the roof of the bus shelter.

Among those killed are:

(a)    Prosper Tvito, a citizen of Israel and France.  Plaintiffs asserting claims related to and/or arising from this death are Denise Tvito, mother of decedent; and Dorin Tvito*, Netanel Tvito, and Avishay Tvito, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Prosper Tvito.

(b)    Liron Siboni.  Plaintiffs asserting claims related to and/or arising from this death are Nava Siboni, mother of decedent; and Asi Sivan-Siboni, brother of decedent.  Each of

these individuals asserts claims individually and/or as representative of the estate of Liron Siboni.

        (c)     Haim Alfassy.  Plaintiffs asserting claims related to and/or arising from this death are Nir Alfassy* and Oz Alfassy*, sons of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Haim Alfassy.

        Among those injured is plaintiff Yaakov Shamir.

        (60)     September 9, 2003:  A second Hamas suicide bomber, Ramez Fahmy Abu Salim, strikes at the Café Hillel, a popular venue in the heart of Jerusalem's German Colony.  The bomber is stopped by a security guard as he approaches the café and detonates the explosive, blowing in the windows on the main street.  Seven bystanders are killed and over fifty wounded.

        Among those killed is:

        (a)     Alon Mizrachi.  The plaintiff asserting claims related to and/or arising from this death is Shoshana Mizrachi, mother of decedent.  This individual asserts claims individually and/or as representative of the estate of Alon Mizrachi.

        Among those injured is Ariel Sterngold[†], son of plaintiffs Edouard Sterngold and Eva Sterngold.

        (61)     October 4, 2003:  Hanadi Tayseer Jaradat, a female PIJ suicide bomber, blows herself up at the popular Maxim Restaurant in Haifa.  21 are killed and 51 wounded.

        Among those killed are:

        (a)     Irena Soffrin.  Plaintiffs asserting claims related to and/or arising from this death are Diana Soffrin* and Roy Soffrin*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Irena Soffrin.

(b)    George Matar.  Plaintiffs asserting claims related to and/or arising from this death are Marlene Matar, Biar Matar, and Claire Matar, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of George Matar.

(c)    Bruria Zer Aviv.  Plaintiffs asserting claims related to and/or arising from this death are Freddy Zer Aviv[†], husband of decedent; and Sophie Zer Aviv[†] and Gabi Zer Aviv[†], children of decedent.   Each of these individuals asserts claims individually and/or as representative of the estate of Bruria Zer Aviv.

(d)    Nir Regev.  The plaintiff asserting claims related to and/or arising from this death is Einat Regev, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Nir Regev.

Among those injured are plaintiffs Inbar Bahat*[†], Hadar Bahat*[†], Orly Almog[†], Rony Mattar and Fursan Mattar.

(62)    November 30, 2003:  Hamas operatives launch mortar shells into Neve Dekalim, injuring plaintiff Celia Goldstein, a citizen of Israel and the United Kingdom, wife of plaintiff Michael Goldstein, a citizen of Israel and the United Kingdom, and mother of plaintiffs Rachel Goldstein, Hofit Goldstein*, Adi Goldstein*, Linoy Goldstein*, Avidav Goldstein, and Tzviel Goldstein.

(63)    December 25, 2003:  A suicide bombing by PFLP terrorist Said Hanani at a bus stop at the Geha Junction near Petah Tikva, east of Tel Aviv, kills four and injures over twenty more.

Among those killed is:

(a)    Noam Naftali Leibowitz, a citizen of Israel and Sweden.   Plaintiffs asserting claims related to and/or arising from this death are Tomas Yehuda Leibowitz and Leah

Leibowitz, both citizens of Israel and Sweden and parents of decedent; and Gila Leibowitz, Elyashiv Dan Leibowitz*, Yael Kotev, and Michal Haimovitz, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Noam Naftali Leibowitz.

(64)    January 29, 2004:    AAMB[7] suicide bomber Ali Ja'ara detonates aboard a Jerusalem bus, killing ten and injuring over fifty.

Among those killed are:

(a)    Albert Abraham Belhacen, a citizen of Israel and France. The plaintiff asserting claims related to and/or arising from this death is Jacob Belhacen, a citizen of Israel and France and father of decedent. This individual asserts claims individually and/or as representative of the estate of Albert Abraham Belhacen.

(b)    Anat Darom. Plaintiffs asserting claims related to and/or arising from this death are Nurit Darom and Efraim Darom, parents of decedent; and Orna Darom and Nilly Darom, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Anat Darom.

(c)    Stuart Scott Goldberg, a citizen of Israel and Canada. Karen Shifra Goldberg appears in *Coulter v. Arab Bank* and appears here solely as representative of plaintiff Estate of Stuart Scott Goldberg.

(d)    Dina Lavan Itach. Plaintiffs asserting claims related to and/or arising from this death are Yitzhak Lavan and Sapir Lavan, siblings of decedent. Each of these individuals asserts claims individually and/or as representative of the estate of Dina Lavan Itach.

---

[7] Additional reports indicate that the perpetrator may have been affiliated with Hamas.

(e)      Hava Hana Bundar.  The plaintiff asserting claims related to and/or arising from this death is Nadia Adina Rose, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Hava Hana Bundar.

Among those injured is Yitzchak Ben Daniel[†], father of plaintiff Shira Ben Daniel*; and plaintiff Nir Azulai, husband of plaintiff Sivan Azulai.

(65)    February 22, 2004:  A suicide bombing by AAMB member Muhammad Za'ul of a No. 14 bus in Jerusalem kills eight and injures over sixty.

Among those killed are:

(a)      Yaffa Ben-Shimul, a citizen of Israel and Iraq.  Plaintiffs asserting claims related to and/or arising from this death are Yossi Ben-Shimul, Simona Ben-Shimul, Jackie Ben-Shimul, and Yuval Ben-Shimul, children of decedent.  This individual asserts claims individually and/or as representative of the estate of Yaffa Ben-Shimul.

(b)      Nathaniel Habsush.  Plaintiffs asserting claims related to and/or arising from this death are Bracha Habsush, mother of decedent; and Orit Habsush, Erez Habsush, and Oded Habsush, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Nathaniel Habsush.

(c)      Yuval Ouzana.  The plaintiff asserting claims related to and/or arising from this death is Talia Ouzana*, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Yuval Ouzana.

(d)      Lior Azulay.  The plaintiff asserting claims related to and/or arising from this death is Efrat Azulay*, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Lior Azulay.

Among those injured are plaintiffs Aliza Montelio and Leon Montelio, children of plaintiff Ruth Montelio; plaintiff Michal Leshem Raviv, mother of plaintiff Ariel Hayim Leshem*; plaintiff Shulamit Rikan, wife of plaintiff Zadok Rikan and mother of plaintiff Amir Rikan*; and plaintiff Itai Ezra.

(66)    February 27, 2004:  Hamas operatives launch mortar shells into Neve Dekalim, injuring plaintiffs Hana Zadok and Izak Zadok.

(67)    March 14, 2004:  Hamas and the AAMB claim joint responsibility for dual suicide attacks at Ashdod port, perpetrated by Muhammad Zuheir Salem and Nabil Ibrahim Masoud, which injure sixteen and kill ten.

Among those killed are:

(a)    Zion Dahan.  Plaintiffs asserting claims related to and/or arising from this death are Esther Dahan, wife of decedent; Lior Dahan, daughter of decedent; David Dahan and Tamar Dahan, parents of decedent; and Ester Dahan, sister of decedent.    Each      of      these individuals asserts claims individually and/or as representative of the estate of Zion Dahan.

(b)    Moris Touboul.  Plaintiffs asserting claims related to and/or arising from this death are Oren Touboul and Shai Touboul, children of decedent; Lilian Touboul, mother of decedent; and Shimon Touboul, brother of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Moris Touboul.

(c)    Avi Suissa.  Plaintiffs asserting claims related to and/or arising from this death are Ruth Suissa, wife of decedent; and Anat Suissa, Sarit Paz, Yaron Suissa, Oshrat Suissa, Hayim Suissa, and Shir Suissa*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Avi Suissa.

(68)    March 25, 2004:  Hamas militants Zakariya Muhammad Abu Zour and Ishaq Fayez Nasser perpetrate a shooting attack in Kfar Darom, injuring plaintiff Arie Odess, husband of plaintiff Orit Odess.

(69)    June 27, 2004:  An AAMB terrorist shoots and kills a man in his car in Beit Rima. The individual killed is:

(a)    Moshe Yohai.  Plaintiffs asserting claims related to and/or arising from this death are Shmuel Yohai and Mira Yohai, children of decedent.   Each of these individuals asserts claims individually and/or as representative of the estate of Moshe Yohai.

(70)    August 31, 2004:  Hamas operatives Ahmed Qawasmeh and Naseem al-Jabri carry out two suicide bombings within minutes of each other on two Beersheba city buses, killing sixteen people and injuring over 100.

Among those killed is:

(a)    Tamara Dibrashvili.   The plaintiff asserting claims related to and/or arising from this death is Manana Gogolshvili, daughter of decedent.  This individual asserts claims individually and/or as representative of the estate of Tamara Dibrashvili.

(71)    December 10, 2004:  Hamas operatives launch mortar shells into Neve Dekalim, injuring plaintiff Itai Yefet.

(72)    December 30, 2004:  Hamas operatives launch mortar shells into Neve Dekalim, injuring plaintiff Sivan Berrebi, wife of plaintiff Rafael Berrebi.

(73)    January 2, 2005:  Hamas terrorists launch a mortar attack on the Erez Industrial area and kill one Israeli.

The individual killed is:

(a)      Nisim Arbib.  Plaintiffs asserting claims related to and/or arising from this death are Meital Arbib, wife of decedent; and Shalev Arbib, son of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Nisim Arbib.

(74)    January 15, 2005:  Hamas operatives launch a Qassam rocket into Sderot.  The rocket explodes, showering shrapnel which kills one and injures two.

The individual killed is:

(a)      Ela Abuksis.  Plaintiffs asserting claims related to and/or arising from this death are Sima Abuksis, mother of decedent; and Shlomit Abuksis, Keren Abuksis, and Ran Abuksis, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Ela Abuksis.

(75)    October 9, 1998:  Hamas member Imad Omar Kamil stabs a woman to death near the Moshav Tomer junction.

The individual killed is:

(a)      Michal Adato.  The plaintiff asserting claims related to and/or arising from this death is Yoav Adato, brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Michal Adato.

(76)    October 29, 1998:  Hamas suicide terrorist Sahib Abdul Rahman Timraz drives an explosives-laden car into the side of a school bus in Kfar Darom, killing one and injuring several others, among them plaintiff Rachel Zipora Hadad*, daughter of plaintiffs Yossef Hadad and Tova Hadad.

(77)    November 7, 1999:  Hamas operatives detonate three pipe bombs on the main street of Netanya, injuring 27, including Oleg Goncharov[†], father of plaintiff Yevgeney Mokhov.

(78)    January 15, 2002:  AAMB terrorists Muhammad Matzlah, Fares Ghanem, and Zeidan al-Badawi shoot and kill a woman and wound her aunt, plaintiff Rachel Einy, near the gas station at the entrance to Givat Ze'ev.

(79)    November 21, 2000:  A sniper shoots and kills an Israeli at the Kissufim Road – Gush Katif junction.

The individual killed is:

(a)    Itamar Yefet.  Plaintiffs asserting claims related to and/or arising from this death are Avihu Zechariah Yefet* and Zohar Yefet*, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Itamar Yefet.

(80)    December 12, 2000:  PFLP terrorists attack a car in Morag with automatic weapons, injuring two, one of whom is plaintiff Tali Nahari.

(81)    January 8, 2001:  Gunmen fire upon a car in Givat Ze'ev, injuring plaintiff Varda Guetta and her young son.

(82)    January 23, 2001:  AAMB[8] terrorists, led by Raed Karmi, kidnap and execute two Israeli cousins at a restaurant in Tulkarem.

Among those killed killed is:

(a)    Mordichai Dayan.  The plaintiff asserting claims related to and/or arising from this death is Flora Dayan, mother of decedent.  This individual asserts claims individually and/or as representative of the estate of Mordichai Dayan.

(83)    June 25, 2001:  PIJ gunmen shoot and injure a boy in Hebron.  The individual injured is plaintiff David Hay Strock*, son of plaintiffs Orit Strock and Avraham Strock.

---

[8] Additional reports indicate Hamas claimed responsibility for this attack.

(84)    February 27, 2001:  AAMB gunmen armed with assault rifles ambush a van driving from the Atarot Industrial Zone toward Givat Ze'ev, shooting and wounding plaintiff Shoshana Gottlieb.

(85)    February 28, 2001:  Hamas member Zeid Kiliani plants a bomb in a restaurant on Tel Aviv's Allenby Street.  It detonates, injuring David Zrifin[†], husband of plaintiff Malka Zrifin.

(86)    March 4, 2001:  Hamas suicide bomber Ahmed Amer Hamdan Aliyan detonates an explosives-laden case on the main street of Netanya.  Three are killed and 65 wounded, including Ronit Fuchs[†], wife of plaintiff Shmuel Fuchs and mother of plaintiffs Shachar Fuchs* and Or Fuchs*; and plaintiff Yehuda Doron, father of plaintiff Shiri Doron.

(87)    May 29, 2001:  AAMB terrorists ambush a car outside Kedumim, shooting a man and killing him.

The individual killed is:

(a)    Gilad Zar.  The plaintiff asserting claims related to and/or arising from this death is Shulamit Bar-Kochba, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Gilad Zar.

(88)    June 18, 2001:  An Israeli man is shot and killed by AAMB terrorists Muhammad Ibrahim Nimer Naefa and Raed Karmi near Einav.

The individual killed is:

(a)    Doron Zisserman.  Plaintiffs asserting claims related to and/or arising from this death are Ohad Zisserman*, Lior Zisserman*, Oded Zisserman*, and Efrat Zisserman*, children of decedent; and Sima Zisserman, mother of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Doron Zisserman.

(89)    July 12, 2001:  An AAMB gunman opens fire at Kiryat Arba, killing a man and injuring another.

The individual killed is:

(a)    David Hamdani Cohen.   Plaintiffs asserting claims related to and/or arising from this death are Neria Yaakov Cohen* and Oriah Cohen*, children of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of David Hamdani Cohen.

(90)    July 16, 2001:  PIJ suicide bomber Nidal Mustafa Ibrahim Shaduf blows himself up at a bus stop in Binyamina, killing two and injuring eleven.

Among those killed is:

(a)    Hanit Arami.  Plaintiffs asserting claims related to and/or arising from this death are Shlomo Arami, father of decedent; and Sima Arami, Shani Arami, and Linoy Arami*, siblings of decedent.   Each of these individuals asserts claims individually and/or as representative of the estate of Hanit Arami.

(91)    August 9, 2001:  Hamas suicide bomber Izzedine Shahil Ahmed Masri blows himself up at the Sbarro restaurant located on King George and Jaffa Street in Jerusalem.  Fifteen Israelis are killed and 110 are wounded.

Among those killed are:

(a)    Tamar Masangisar.  The plaintiff asserting claims related to and/or arising from this death is Yakov Masangisar[†], brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Tamar Masangisar.

(b)    Tzvika Golombek.  The plaintiff asserting claims related to and/or arising from this death is Vardit Edelstein, sister of decedent.  This individual asserts claims individually and/or as representative of the estate of Tzvika Golombek.

(c)    Michal Raziel.  Plaintiffs asserting claims related to and/or arising from this death are Hadas Shahar, Tzvia Levkovich, and Reut Dayan, siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Michal Raziel.

Among those injured are Michal Ozeri Chazan[†], wife of plaintiff Shimon Chazan; plaintiffs Oz Moshe Chazan and Aviel Shalom Chazan*, children of plaintiffs Michal Ozeri Chazan and Shimon Chazan; Michal Eliav[†], daughter of plaintiffs Shuli Eliav and Ilana Eliav, and plaintiff Yaffa Lev, a citizen of Israel and Canada and daughter of plaintiffs Batsheva Shumacher and Michael Shumacher, both citizens of Israel and Canada.

(92)    August 27, 2001:  PFLP terrorists shoot at a vehicle driving between Har Bracha and Itamar near Nablus, killing an Israeli man.

The individual killed is:

(a)    Meir Lixemberg, a citizen of Israel and the United Kingdom.  Plaintiffs asserting claims related to and/or arising from this death are Evelyn Lixemberg, a citizen of Israel and South Africa, and Percy Lixemberg, a citizen of Israel and the United Kingdom, parents of decedent; and Refael Lixemberg, Shelli Lixemberg Vaknin, and Gila Lixemberg, all citizens of Israel and the United Kingdom and siblings of decedent.  Each of these individuals asserts claims individually and/or as representative of the estate of Meir Lixemberg.

(93)    September 12, 2001:  An Israeli woman is killed and her husband wounded in a drive-by shooting by AAMB operative Karem Hassan at Habla Junction, east of Qalqilya.

The individual killed is:

(a)    Ruth Shuay.  The plaintiff asserting claims related to and/or arising from this death is Ezra Shuay, brother of decedent.  This individual asserts claims individually and/or as representative of the estate of Ruth Shuay.

The individual injured is plaintiff Shlomo Shuay[†].

(94)    October 2, 2001:  Hamas militants Ibrahim Nizar Rayan and Abdallah Sha'aban launch a grenade and gun attack on Alei Sinai, killing two and injuring fifteen.

Among those injured are Esther Yamin[†], mother of plaintiffs Shir Yamin*, Lee Yamin*, and Irin Iyar Yamin*; and plaintiffs Yaakov Chachmon, Bat El Chachmon*, Roi Avraham Chachmon*, and Tair Chachmon*.

(95)    March 20, 2002:  PIJ suicide bomber Rafat Abu Diyak boards an 823 bus and blows himself up in Wadi Ara, near Afula, killing seven and injuring 42.

Among those injured is plaintiff Yunis Zeid.

(96)    November 4, 2001:  Three are injured at a factory in the Shaked Industrial Zone when PIJ detonates an explosive charge, among them plaintiff Shimon Liraz.

(97)    January 22, 2002:  AAMB gunman Said Ibrahim Ramadan opens fire with an M-16 assault rifle near a bus stop on Jaffa Road in downtown Jerusalem, killing two and injuring forty, including Yosef Druk[†], father of plaintiffs Odel Druk*, Nachman Druk*, Sarah Druk*, Miriam Druk*, Natan Druk*, and Kayla Druk*; and plaintiff Yosef Haim Falek.

(98)    January 25, 2002:  PIJ suicide bomber Safwat Abdul Rahman Khalil detonates at a crowded pedestrian shopping mall in Tel Aviv, wounding 24, including Chaim Guetta[†], husband of plaintiff Lina Guetta.