# MotleyRice® LLC
ATTORNEYS AT LAW
www.motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**John M. Eubanks**
*Licensed in MD, SC*
direct: 843.216.9218
jeubanks@motleyrice.com

June 29, 2012

**VIA FEDERAL EXPRESS**

Honorable Nina Gershon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde, et al. v. Arab Bank, PLC*, 04-cv-2799 (NG)(VVP) and all related cases

Dear Judge Gershon:

    I write on behalf of the Plaintiffs in the above-referenced cases. Enclosed please find courtesy copies of the following papers that were filed today via the Court's CM/ECF system:

1. Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *In Limine* to Preclude Plaintiffs' Proposed Expert Witness Wayne Geisser from Testifying and to Exclude His Expert Report;
2. Declaration of John M. Eubanks in Support of Plaintiffs' Memorandum of Law regarding Mr. Geisser with Exhibits A through G;
3. Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *In Limine* to Preclude Plaintiffs' Proposed Expert Witness Nelson Everhardt from Testifying and to Exclude His Expert Report;
4. Declaration of Brian T. Frutig in Support of Plaintiffs' Memorandum of Law regarding Mr. Everhardt with Exhibits A through C;
5. Plaintiffs' Memorandum of Law in Opposition to Arab Bank's Motion to Exclude the Expert Testimony of Professor Jimmy Gurulé;
6. Declaration of Vincent Ian Parrett in Support of Plaintiffs' Memorandum of Law in Opposition to Arab Bank's Motion to Exclude the Expert Testimony of Professor Jimmy Gurulé with Exhibits A and B.



MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | LOS ANGELES, CA

*Motley Rice LLP operates the California office.*

Hon. Nina Gershon, U.S.D.J
June 29, 2012
Page 2

      These papers were served today on opposing counsel via electronic mail. Plaintiffs' submissions regarding Messrs Geisser and Everhardt were submitted Under Seal as each of these documents implicated large volumes of material that have been designated "Highly Confidential" pursuant to the protective order entered in this case on August 1, 2005. Plaintiffs' submissions regarding Professor Gurulé have been filed on the Court's open docket.

                                                  Respectfully submitted,

                                                  John M. Eubanks
                                                  Motley Rice LLC

Enclosures

cc:    All counsel of record (via e-mail)